# COMPOSITE EXHIBIT 3

First Ring of Websites

# *EXHIBIT 3.1*

Homepage of



# *EXHIBIT 3.2*

Homepage of
\<todayporn.com\>



# *EXHIBIT 3.3*

Homepage of



# *EXHIBIT 3.4*

Homepage of



# *EXHIBIT 3.5*

Homepage of



# *EXHIBIT* 3.6

Homepage of



# *EXHIBIT 3.7*

Homepage of



# *EXHIBIT 3.8*

Homepage of



# *EXHIBIT 3.9*

Homepage of



# *EXHIBIT 3.10*

Homepage of

