RANDAZZA LEGAL GROUP
Marc J. Randazza, Esq. (NV Bar No. 12265)
Ronald D. Green, Esq. (NV Bar No. 7360)
3625 S. Town Center Drive, Suite 150
Las Vegas, NV 89135
Telephone: 702-420-2001
Facsimile: 305-437-7662
ecf@randazza.com

Attorneys for Plaintiff,
AMA Multimedia, LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AMA MULTIMEDIA, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BORJAN SOLUTIONS, S.L. d/b/a SERVIPORNO, a Spanish company; and BORJAN MERA URRESTARAZU, an individual,<br><br>Defendants. | Case No.:<br><br>**CORPORATE DISCLOSURE STATEMENT and CERTIFICATE AS TO INTERESTED PARTIES** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, attorneys for Plaintiff AMA Multimedia, LLC, disclose that Plaintiff AMA Multimedia, LLC has no parent corporation, is not publicly traded, and does not have a publicly traded corporation owning 10% or more of its stock.

/ / /

/ / /

/ / /

Pursuant to Local Rule 7.1-1 of this Court, the undersigned, attorneys for Plaintiff AMA Multimedia, LLC, certify that there are no known interested parties other than those participating in this case.

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

Dated this 28th day of August, 2015.

                                  Respectfully Submitted,

                                  RANDAZZA LEGAL GROUP

*/s/ Marc J. Randazza*
Marc J. Randazza, Esq.
  Nevada Bar No. 12265
Ronald D. Green, Esq.
  Nevada Bar No. 7360
3625 South Town Center Dr., Ste. 150
Las Vegas, NV 89135
Tel: (702) 420-2001
Fax: (702) 420-2003
ecf@randazza.com

Attorneys for Plaintiff,
AMA Multimedia, LLC

-2-
Corporate Disclosure and Certificate as to Interested Parties