1   JAMES D. BOYLE, Esq.
    Nevada Bar No. 08384
2   HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON
    400 South Fourth Street, Third Floor
3   Las Vegas, Nevada 89101
    Telephone: 702-791-0308
4   Facsimile: 702-791-1912
    Email: jboyle@nevadafirm.com

5

6   VALENTIN D GURVITS (*pro hac vice applications forthcoming*)
    MATTHEW SHAYEFAR (*pro hac vice application forthcoming*)
    BOSTON LAW GROUP, PC
7   825 Beacon Street, Suite 20
    Newton Centre, Massachusetts 02459
8   Telephone: 617-928-1804
    Facsimile: 617-928-1802
9   Email: vgurvits@bostonlawgroup.com
    Email: matt@bostonlawgroup.com

10

11  EVAN FRAY-WITZER (*pro hac vice application forthcoming*)
    CIAMPA FRAY-WITZER, LLP
    20 Park Plaza, Suite 505
12  Boston, Massachusetts 02116
    Telephone: 617-426-0000
13  Facsimile: 617-507-8043
    Email: evan@CFWLegal.com

14
    *Attorneys for Defendants*

15
                **UNITED STATES DISTRICT COURT**
16                     **DISTRICT OF NEVADA**

17  AMA MULTIMEDIA, LLC, a Nevada limited
    liability company,                          Case No. 2:15-cv-01673-JCM-(GWF)
18
            Plaintiff,                          **DEFENDANTS' ERRATA TO MOTION**
19                                              **TO DISMISS AND FOR AN AWARD OF**
            v.                                  **CONTRACTUAL COSTS AND FEES**
20
    BORJAN SOLUTIONS, S.L. d/b/a
21  SERVIPORNO, a Spanish company; and
    BORJAN MERA URRESTARAZU, an
22  individual,

23          Defendants.


                            1

Defendants Borjan Solutions, S.L. and Borjan Mera Urrestarazu (collectively, the "Defendants"), by and through their counsel of record, hereby submit this Errata to the filing of Defendants' Motion to Dismiss and For An Award of Contractual Costs and Fees (Dkt. No. 7) made on December 24, 2015.

In the initial filing, Defendants inadvertently omitted an exhibit to the Affidavit of Borjan Mera Urrestarazu In Support of Defendants' Motion to Dismiss (the "Urrestarazu Aff.") (Dkt. No. 7-1). Defendants therefore attach a copy of the Urrestarazu Aff. to this Errata with the inadvertently omitted exhibit thereto (Ex. 1).

DATED this 28th of December, 2015.

**HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON**

*/s/ James D. Boyle*
JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

**CIAMPA FRAY-WITZER, LLP**

Evan Fray-Witzer, Esq. *(pro hac vice forthcoming)*
20 Park Plaza, Suite 804
Boston, Massachusetts 02116

**BOSTON LAW GROUP, PC**

Valentin Gurvits, Esq. *(pro hac vice forthcoming)*
Matthew Shayefar, Esq. *(pro hac vice forthcoming)*
825 Beacon Street, Suite 20
Newton, Massachusetts 02459

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I certify that I caused the document entitled **DEFENDANTS' ERRATA TO MOTION TO DISMISS AND FOR AN AWARD OF CONTRACTUAL COSTS AND FEES** to be electronically filed and served this 28th day of December, 2015 to the following:

| Attorneys of Record | Parties Represented | Method of Service |
|---|---|---|
| Marc J. Randazza, Esq.<br>Ronald D. Green, Esq.<br>Randazza Legal Group<br>3625 South Town Center Drive<br>Suite 150<br>Las Vegas, Nevada 89135<br>ecf@randazza.com | AMA Multimedia, LLC | ☐  Personal Service<br>☒  Email/E-File<br>☐  Fax Service<br>☐  Mail Service |

DATED this 28th day of December, 2015.

*Evelyn M. Pastor*

An Employee of Holley Driggs Walch Fine Wray Puzey & Thompson

1   **JAMES D. BOYLE** (Nevada Bar No. 08384)
    **HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON**
2   400 South Fourth Street, Third Floor
    Las Vegas, Nevada 89101
3   Telephone: 702-791-0308
    Facsimile: 702-791-1912
4   jboyle@nevadafirm.com

5   **VALENTIN D GURVITS** (*pro hac vice* pending)
    **MATTHEW SHAYEFAR** (*pro hac vice* pending)
6   **BOSTON LAW GROUP, PC**
    825 Beacon Street, Suite 20
7   Newton Centre, Massachusetts 02459
    Telephone: 617-928-1804
8   Facsimile: 617-928-1802
    vgurvits@bostonlawgroup.com
9   matt@bostonlawgroup.com

10  **EVAN FRAY-WITZER** (*pro hac vice* pending)
    **CIAMPA FRAY-WITZER, LLP**
11  20 Park Plaza, Suite 505
    Boston, Massachusetts 02116
12  Telephone: 617-426-0000
    Facsimile: 617-507-8043
13  evan@CFWLegal.com

14  Attorneys for Defendants

15              **UNITED STATES DISTRICT COURT**
                   **DISTRICT OF NEVADA**
16

17  AMA MULTIMEDIA, LLC
    a Nevada limited liability company,          Case No. 2:15-cv-01673-JCM-(GWF)
18      Plaintiff,

19  v.                                           **AFFIDAVIT OF BORJAN MERA**
                                                 **URRESTARAZU IN SUPPORT OF**
20  BORJAN SOLUTIONS, S.L. d/b/a                 **DEFENDANTS' MOTION TO DISMISS**
    SERVIPORNO, a Spanish company; and
21  BORJAN MERA URRESTARAZU,
    an individual,
22      Defendants.

23

        URRESTARAZU AFFIDAVIT SUPPORTING DEFENDANTS' MOTION TO DISMISS
                     CASE NO. 2:15-cv-01673-JCM-(GWF)

**AFFIDAVIT OF BORJAN MERA URRESTARAZU IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS**

I, Borjan Mera Urrestarazu, affirm and declare as follows:

1.  My name is Borjan Mera Urrestarazu.  I am over the age of 18.  I am a resident of Spain.  I have personal knowledge of the facts stated herein.

2.  I am a manager for Borjan Solutions, S.L. which operates serviporno.com ("BSSL").

3.  On or about August 19, 2013, I entered into that certain Settlement Agreement and Mutual Release (the "Settlement Agreement") with SSC Group, LLC d/b/a PornPros (which I understand now does business as AMA Multimedia, LLC, "AMA"), BSSL and Monetia S.L.

4.  Pursuant to the terms of the Settlement Agreement, promptly after entering into the Settlement Agreement BSSL created the Porn Pros Removal Form that would allow AMA to automatically remove files from BSSL's websites.

5.  In the over two years since BSSL created the Porn Pros Removal Form, AMA has never once submitted a single URL for removal with that specialized tool.

6.  During that same time period, AMA or its agents have sent BSSL fewer than a dozen DMCA takedown notices.  Copies of all those DMCA takedown notices received on behalf of AMA from the date of the Settlement Agreement to August 18, 2015 (after AMA attempted to file for arbitration) are attached hereto as Exhibit 1.

7.  With respect to each of the URLs listed on the takedown notices, BSSL promptly took down the allegedly infringing files upon receipt of the DMCA takedown notice.

8.  BSSL and its websites are managed entirely from Spain.

9.  All of BSSL's employees are located in Spain.

URRESTARAZU AFFIDAVIT SUPPORTING DEFENDANTS' MOTION TO DISMISS
CASE NO. 2:15-cv-01673-JCM-(GWF)

1    10.    BSSL does not engage, contract for or purchase any servers in the United States

2  to host its websites.  BSSL uses LeaseWeb, a hosting company from the Netherlands, for its

3  hosting solutions.  As part of these hosting solutions, LeaseWeb provides a Content Delivery

4  Network (CDN) for BSSL's websites.  To my understanding, a CDN delivers content to a user

5  from the closest of many file storage locations around the world and LeaseWeb, like all other

6  useful CDNs, has file storage locations around the whole world.  For example, if a user from

7  China accesses a file on one of BSSL's websites, LeaseWeb may serve that file from a file

8  storage location it has in China.  Therefore, although it is possible that LeaseWeb (without our

9  specific request to do so) may replicate some of the files from BSSL's websites onto a server in

10  the United States so that it can then serve it to a user in the United States, BSSL does not itself

11  host any content in the United States and has not selected or requested that LeaseWeb host any

12  content in the United States.

13    11.    In short, to the extent that any of BSSL's websites are served from within the

14  United States, it is not because BSSL chose to have it served from the United States.  It is

15  because of the way a CDN works.

16    12.    BSSL does not aim its websites at any particular country, but rather its websites

17  are aimed at the entire world of internet users who speak the language used on each particular

18  website.

19    13.    Each of BSSL's websites have visitors from countries all around the world.

20    14.    BSSL has never had a presence in or significant contacts with the United States.

21    15.    BSSL does not have (and has never had) any employees in the United States.

22    16.    BSSL does not have (and has never had) a bank account in the United States.

23

1      17.    BSSL does not own or lease (and has never owned or leased) real estate in the

2  United States.

3      18.    BSSL does not pay (and has never paid) taxes in the United States.

4      19.    BSSL does not have (and has never had) an agent for the service of process in the

5  United States.

6      20.    BSSL does not have (and has never had) a telephone number in the United States.

7      21.    I have never had significant contacts with the United States.

8      22.    I do not maintain (and have never maintained) a bank account in the United

9  States.

10      23.    I do not pay (and have never paid) taxes in the United States.

11      24.    I do not have (and have never had) a telephone number in the United States.

12      25.    My visits to the United States have been limited to short vacations and to attend

13  trade conventions.

14      26.    I do not direct or control the content that appears on BSSL's websites.

15

16

17

18

19

20

21

22

23

URRESTARAZU AFFIDAVIT SUPPORTING DEFENDANTS' MOTION TO DISMISS
CASE NO. 2:15-cv-01673-JCM-(GWF)

1   I swear under the pains and penalties of perjury that the foregoing is true and correct.

2

3   Dated:          December 23, 2015

    Borjan Mera Urrestarazu

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

# Exhibit 1

From: **dmca** <dmca@removeyourcontent.com>
Date: 2015-07-02 20:56 GMT+02:00
Subject: Infringement Notice JBGXQ-5725477-4
To: dmca@servitubes.com


Removeyourcontent , LLC
616 Corporate Way, Suite 2-5065
Valley Cottage, NY 10989
USA
Ph: 845-217-0833
E-mail:  dmca@removeyourcontent.com
7/2/2015 2:56:23 PM
Copyright Infringement Notice
re:   http://www.pornburst.xxx  ( IP 104.28.12.104 )
Gentlemen:
Please take appropriate action to disable access to the infringing
materials described below, in accordance with the provisions of
the Digital Millennium Copyright Act of 1998 and the Berne Convention.
Should you require further information regarding this matter,
please feel free to contact me.
Regards,
Tony Shultzmann - Operations Manager
http://www.removeyourcontent.com
ELECTRONIC NOTICE OF COPYRIGHT INFRINGEMENT
I, the undersigned, CERTIFY UNDER PENALTY OF PERJURY that I am an
agent authorized to act on behalf of the owner of certain
intellectual property rights, said owner being named:
http://www.pornpros.com
©Copyright Copyrighted adult pictures or videos
I have a good faith belief that the items or materials listed
below are not authorized by the above IP Owners, their agents, or
the law and therefore infringe the IP Owner's rights. Please act
expeditiously to remove or disable access to the material or items
claimed to be infringing.
I may be contacted at:

Alleged infringing work or right meets one of the following conditions:
1) Illegally hosted copyrighted dvd cover art or broadcast marketing collateral.
2) Illegal peer to peer resources such as torrent hash tracking sites or complicit activity for file
sharing.
3) Illegal file-sharing services such as cyberlockers.
4) Illegal or unauthorized streaming services of copyrighted dvd or broadcast media.
5) Illegal use of member protected online videos or pictures.

- This notice may also serve as notification for the unauthorized use of IP Owner's trademark in commerce.
Original Materials & Copyright Holder(s):
AMA / SSCGroup, LLC
M. Sullivan
Custodian of Records
16673 Roscoe Blvd
North Hills, CA 91343

Location of Original Works:
http://www.pornpros.com
URL(s) of Infringed Works or Right:
http://www.pornburst.xxx/videos/watching-porn-with-her-boy/

Hosting providers and websites residing outside the United States
may refer to wipo.int for international copyright information,
The information transmitted by the preceding e-mail is intended only for the
addressee and may contain confidential and/or privileged material.  Any
interception, review, retransmission, dissemination, or other use of, or
taking of any action upon this information by persons or entities other than
the intended recipient is prohibited by law and may subject them to criminal
or civil liability.  If you received this communication in error, please
contact us immediately by email to info@removeyourcontent.com
or at 845-217-0833 , and delete the communication from any computer
or network system.

From: **dmca** <dmca@removeyourcontent.com>
Date: 2015-05-01 23:30 GMT+02:00
Subject: Infringement Notice KDZKG-0869318-9
To: dmca@servitubes.com


Removeyourcontent , LLC
616 Corporate Way, Suite 2-5065
Valley Cottage, NY 10989
USA
Ph: 845-217-0833
E-mail: dmca@removeyourcontent.com
5/1/2015 5:30:26 PM
Copyright Infringement Notice
re:   http://www.pornburst.xxx   ( IP 104.28.12.104 )
Gentlemen:
Please take appropriate action to disable access to the infringing
materials described below, in accordance with the provisions of
the Digital Millennium Copyright Act of 1998 and the Berne Convention.
Should you require further information regarding this matter,
please feel free to contact me.
Regards,
Tony Shultzmann - Operations Manager
http://www.removeyourcontent.com
ELECTRONIC NOTICE OF COPYRIGHT INFRINGEMENT
I, the undersigned, CERTIFY UNDER PENALTY OF PERJURY that I am an
agent authorized to act on behalf of the owner of certain
intellectual property rights, said owner being named:
http://www.pornpros.com
©Copyright Copyrighted adult pictures or videos
I have a good faith belief that the items or materials listed
below are not authorized by the above IP Owners, their agents, or
the law and therefore infringe the IP Owner's rights. Please act
expeditiously to remove or disable access to the material or items
claimed to be infringing.
I may be contacted at:

Alleged infringing work or right meets one of the following conditions:
1) Illegally hosted copyrighted dvd cover art or broadcast marketing collateral.
2) Illegal peer to peer resources such as torrent hash tracking sites or complicit activity for file
sharing.
3) Illegal file-sharing services such as cyberlockers.
4) Illegal or unauthorized streaming services of copyrighted dvd or broadcast media.
5) Illegal use of member protected online videos or pictures.

- This notice may also serve as notification for the unauthorized use of IP Owner's trademark in commerce.

Original Materials & Copyright Holder(s):
AMA / SSCGroup, LLC
M. Sullivan
Custodian of Records
16673 Roscoe Blvd
North Hills, CA 91343

Location of Original Works:
http://www.pornpros.com
URL(s) of Infringed Works or Right:
http://www.pornburst.xxx/videos/the-woman-of-my-dreams/

Hosting providers and websites residing outside the United States
may refer to wipo.int for international copyright information,
The information transmitted by the preceding e-mail is intended only for the
addressee and may contain confidential and/or privileged material.  Any
interception, review, retransmission, dissemination, or other use of, or
taking of any action upon this information by persons or entities other than
the intended recipient is prohibited by law and may subject them to criminal
or civil liability.  If you received this communication in error, please
contact us immediately by email to info@removeyourcontent.com
or at 845-217-0833 , and delete the communication from any computer
or network system.

From: **Anna FYC** <anna@fuckyoucash.com>
Date: 2014-03-17 21:41 GMT+01:00
Subject: Copyright Infringement
To: DMCA@servitubes.com


SSC Group , LLC
6345 Balboa Blvd, Ste 165
Encino, CA 91316
USA
E-mail:  anna@fuckyoucash.com


Copyright Infringement Notice

re:   http://www.videogratis.tv

Gentlemen:


Please take appropriate action to disable access to the infringing
materials described below, in accordance with the provisions of
the Digital Millennium Copyright Act of 1998 and the Berne Convention.
Should you require further information regarding this matter,
please feel free to contact me.
Regards,
Anna Gallant, DMCA Manager
http://www.pornpros.com

ELECTRONIC NOTICE OF COPYRIGHT INFRINGEMENT

I, the undersigned, CERTIFY UNDER PENALTY OF PERJURY that I am an
agent authorized to act on behalf of the owner of certain
intellectual property rights, said owner being named:
http://www.pornpros.com
©Copyright Pornpros.com

I have a good faith belief that the items or materials listed
below are not authorized by the above IP Owners, their agents, or
the law and therefore infringe the IP Owner's rights. Please act
expeditiously to remove or disable access to the material or items
claimed to be infringing.
I may be contacted at:


Printed Name: Anna Gallant
Title: DMCA Manager

Company: SSC Group, LLC
Street Address: 6345 Balboa Blvd, Ste 165
City and State: Encino, CA
Country: USA
Postal code: 91316
Email (correspondence): anna@fuckyoucash.com

Truthfully,
/S/: Anna Gallant

Alleged infringing work or right meets one of the following conditions:
1) Illegally hosted copyrighted dvd cover art or broadcast marketing collateral.
2) Illegal peer to peer resources such as torrent hash tracking sites or complicit activity for file sharing.
3) Illegal file-sharing services such as cyberlockers.
4) Illegal or unauthorized streaming services of copyrighted dvd or broadcast media.
5) Illegal use of member protected online videos or pictures.
- This notice may also serve as notification for the unauthorized use of IP Owner's trademark in commerce.

Original Materials & Copyright Holder(s):
SSC Group, LLC
M. Sullivan
Custodian of Records
16673 Roscoe Blvd
North Hills, CA 91343

Location of Original Works:
http://www.pornpros.com

URL(s) of Infringed Works or Right:

http://www.videosgratis.tv/ver/la-deliciosa-august-ames/
http://www.videosgratis.tv/ver/madison-ivy-romantica-pero-ardiente/
http://www.videosgratis.tv/ver/sexo-romantico-con-alison-star/
http://www.videosgratis.tv/ver/casting-a-la-polaca-natalia-starr/
http://www.videosgratis.tv/ver/garganta-profunda-para-desayunar/
http://www.videosgratis.tv/ver/whitney-westgate-afortunada-y-follada/
http://www.videosgratis.tv/ver/sexo-sensual-con-dani-daniels/
http://www.videosgratis.tv/ver/fantasia-en-hd-con-lily-love/
http://www.videosgratis.tv/ver/erotica-follada-con-lily-love/
http://www.videosgratis.tv/ver/lily-carter-la-secretaria-cachonda/
http://www.videosgratis.tv/ver/el-fontanero-revisa-a-dillion-harper/
http://www.videosgratis.tv/ver/san-valentin-con-brooklyn-chase/
http://www.videosgratis.tv/ver/holly-michaels-distrae-a-su-novio/
http://www.videosgratis.tv/ver/contorsionismo-romantico-con-holly-michaels/

http://www.videosgratis.tv/ver/trio-con-las-peluqueras/
http://www.videosgratis.tv/ver/la-belleza-natural-de-keisha/
http://www.videosgratis.tv/ver/se-le-acumula-el-trabajo/
http://www.videosgratis.tv/ver/cinco-lujuriosas-escenas/
http://www.videosgratis.tv/ver/sexo-glamuroso-con-la-milf-julia-ann/
http://www.videosgratis.tv/ver/ava-addams-madura-pero-muy-caliente/
http://www.videosgratis.tv/ver/ava-addams-bronceada-y-follada/
http://www.videosgratis.tv/ver/sexo-elegante-con-dani-jensen/
http://www.videosgratis.tv/ver/dani-jensen-esclava-anal/
http://www.videosgratis.tv/ver/pelirrojas-jugando-al-twister/
http://www.videosgratis.tv/ver/kennedy-leigh-pone-el-postre/
http://www.videosgratis.tv/ver/rachel-starr-follada-en-el-billar/
http://www.videosgratis.tv/ver/paraiso-tropical-con-whitney-y-lily/
http://www.videosgratis.tv/ver/champagne-masaje-y-sexo/
http://www.videosgratis.tv/ver/caliente-anal-con-adriana-chechik/


Thank you

Anna

From: **Nate Glass** <nate@takedownpiracy.com>
Date: 2015-02-19 2:43 GMT+01:00
Subject: DMCA Notice for Copyright Holder : Porn Pros
To: "Freemovies.tv" <DMCA@servitubes.com>

My name is Nate Glass, and I am a person authorized to act on behalf of
the owner of an exclusive right that is being infringed.

Authorized DMCA Agent:
Nate Glass
8045 Retriever Ave.
Las Vegas, NV
89147
(818) 730-4666
nate@takedownpiracy.com

Copyright Holder:
Porn Pros
16673 Roscoe Blvd.
North Hills, CA
91343

The following works are the copyrighted property of Porn Pros:
http://www.pornburst.xxx/videos/a-formal-threesome/

A representative list of these works is available at http://www.pornpros.com

Under penalty of perjury:
I have a good-faith belief that use of the material in the manner
complained of is not authorized by the copyright owner, its agent or the
law.

The information in the notification is accurate.

I am authorized to act
on behalf of the owner of an exclusive right that is allegedly infringed.

This notice is also to inform the allegedly infringing service provider
that the copyright holder listed above has not licensed, to the
allegedly infringing website, any works to be used in the manner
depicted above.  Furthermore, copyright holder strongly encourages
the operators of the allegedly infringing site to not allow the
continued use of copyright holders works without the expressed

written consent of the copyright holder.  This includes, but is not
limited to, filtering of content as well as prohibiting the use of
copyright holders content in an infringing manner.

As per DMCA law section 512(i) to be eligible for Safe Harbor a
service provider must meet certain requirements.  One of these
requirements is:
   "(service provider)...has adopted and reasonably implemented,
   and informs subscribers of the service of, a policy for the
   termination of subscribers of the service who are repeat infringers"

For this reason, copyright holder strongly encourages the recipient
of this notice to adopt and implement a repeat infringer policy.

In order to make the content removal process easier in the future,
Takedown Piracy suggests that you add the copyright holder listed
in this notice to a list of Prohibited or Banned Content on your site
and filter and/or remove any content owned by this copyright owner.

Please note that all DMCA notices sent by Takedown Piracy are checked
to ensure compliance by the allegedly infringing website.
Notices that have not been satisfied will be escalated to,
including but not limited to, webhost and upstream provider.
In the event of non-compliance, Takedown Piracy can and will
confer with the clients legal representatives and/or specialists in
copyright infringement law.

All Rights Reserved.


--
Nate Glass
Authorized DMCA Agent
Email:nate@takedownpiracy.com

From: **Nate Glass** <nate@takedownpiracy.com>
Date: 2015-01-18 18:31 GMT+01:00
Subject: DMCA Notice for Copyright Holder : Porn Pros
To: DMCA@servitubes.com

My name is Nate Glass, and I am a person authorized to act on behalf of
the owner of an exclusive right that is being infringed.

Authorized DMCA Agent:
Nate Glass
8045 Retriever Ave.
Las Vegas, NV
89147
(818) 730-4666
nate@takedownpiracy.com

Copyright Holder:
Porn Pros
16673 Roscoe Blvd.
North Hills, CA
91343

The following works are the copyrighted property of Porn Pros:
http://www.freemovies.tv/video/alektra-blue-surprises-her-boyfriend/

A representative list of these works is available at http://www.pornpros.com

Under penalty of perjury:
I have a good-faith belief that use of the material in the manner
complained of is not authorized by the copyright owner, its agent or the
law.

The information in the notification is accurate.

I am authorized to act
on behalf of the owner of an exclusive right that is allegedly infringed.

This notice is also to inform the allegedly infringing service provider
that the copyright holder listed above has not licensed, to the
allegedly infringing website, any works to be used in the manner
depicted above.  Furthermore, copyright holder strongly encourages

the operators of the allegedly infringing site to not allow the
continued use of copyright holders works without the expressed
written consent of the copyright holder.  This includes, but is not
limited to, filtering of content as well as prohibiting the use of
copyright holders content in an infringing manner.

As per DMCA law section 512(i) to be eligible for Safe Harbor a
service provider must meet certain requirements.  One of these
requirements is:
   "(service provider)...has adopted and reasonably implemented,
   and informs subscribers of the service of, a policy for the
   termination of subscribers of the service who are repeat infringers"

For this reason, copyright holder strongly encourages the recipient
of this notice to adopt and implement a repeat infringer policy.

In order to make the content removal process easier in the future,
Takedown Piracy suggests that you add the copyright holder listed
in this notice to a list of Prohibited or Banned Content on your site
and filter and/or remove any content owned by this copyright owner.

Please note that all DMCA notices sent by Takedown Piracy are checked
to ensure compliance by the allegedly infringing website.
Notices that have not been satisfied will be escalated to,
including but not limited to, webhost and upstream provider.
In the event of non-compliance, Takedown Piracy can and will
confer with the clients legal representatives and/or specialists in
copyright infringement law.

All Rights Reserved.


--
Nate Glass
Authorized DMCA Agent
Email:nate@takedownpiracy.com

From: **Nate Glass** <nate@takedownpiracy.com>
Date: 2014-10-08 3:40 GMT+02:00
Subject: DMCA Notice for Copyright Holder : Porn Pros
To: DMCA@servitubes.com

My name is Nate Glass, and I am a person authorized to act on behalf of
the owner of an exclusive right that is being infringed.

Authorized DMCA Agent:
Nate Glass
8045 Retriever Ave.
Las Vegas, NV
89147
(818) 730-4666
nate@takedownpiracy.com

Copyright Holder:
Porn Pros
16673 Roscoe Blvd.
North Hills, CA
91343

The following works are the copyrighted property of Porn Pros:
http://www.freemovies.tv/video/madison-ivy-doing-an-amateur-threesome/

A representative list of these works is available at http://www.pornpros.com

Under penalty of perjury:
I have a good-faith belief that use of the material in the manner
complained of is not authorized by the copyright owner, its agent or the
law.

The information in the notification is accurate.

I am authorized to act
on behalf of the owner of an exclusive right that is allegedly infringed.

This notice is also to inform the allegedly infringing service provider
that the copyright holder listed above has not licensed, to the
allegedly infringing website, any works to be used in the manner
depicted above.  Furthermore, copyright holder strongly encourages

the operators of the allegedly infringing site to not allow the
continued use of copyright holders works without the expressed
written consent of the copyright holder.  This includes, but is not
limited to, filtering of content as well as prohibiting the use of
copyright holders content in an infringing manner.

As per DMCA law section 512(i) to be eligible for Safe Harbor a
service provider must meet certain requirements.  One of these
requirements is:
>    "(service provider)...has adopted and reasonably implemented,
>    and informs subscribers of the service of, a policy for the
>    termination of subscribers of the service who are repeat infringers"

For this reason, copyright holder strongly encourages the recipient
of this notice to adopt and implement a repeat infringer policy.

In order to make the content removal process easier in the future,
Takedown Piracy suggests that you add the copyright holder listed
in this notice to a list of Prohibited or Banned Content on your site
and filter and/or remove any content owned by this copyright owner.

Please note that all DMCA notices sent by Takedown Piracy are checked
to ensure compliance by the allegedly infringing website.
Notices that have not been satisfied will be escalated to,
including but not limited to, webhost and upstream provider.
In the event of non-compliance, Takedown Piracy can and will
confer with the clients legal representatives and/or specialists in
copyright infringement law.

All Rights Reserved.


--
Nate Glass
Authorized DMCA Agent
Email:nate@takedownpiracy.com

From: **Nate Glass** <nate@takedownpiracy.com>
Date: 2015-02-16 21:09 GMT+01:00
Subject: DMCA Notice for Copyright Holder : Porn Pros
To: "Freemovies.tv" <DMCA@servitubes.com>

My name is Nate Glass, and I am a person authorized to act on behalf of
the owner of an exclusive right that is being infringed.

Authorized DMCA Agent:
Nate Glass
8045 Retriever Ave.
Las Vegas, NV
89147
(818) 730-4666
nate@takedownpiracy.com

Copyright Holder:
Porn Pros
16673 Roscoe Blvd.
North Hills, CA
91343

The following works are the copyrighted property of Porn Pros:
http://www.freemovies.tv/video/amazing-butt-behind-the-iron-bars/
http://www.freemovies.tv/video/anal-ecstasy-with-jewels-jade/

A representative list of these works is available at http://www.pornpros.com

Under penalty of perjury:
I have a good-faith belief that use of the material in the manner
complained of is not authorized by the copyright owner, its agent or the
law.

The information in the notification is accurate.

I am authorized to act
on behalf of the owner of an exclusive right that is allegedly infringed.

This notice is also to inform the allegedly infringing service provider
that the copyright holder listed above has not licensed, to the
allegedly infringing website, any works to be used in the manner

depicted above.  Furthermore, copyright holder strongly encourages the operators of the allegedly infringing site to not allow the continued use of copyright holders works without the expressed written consent of the copyright holder.  This includes, but is not limited to, filtering of content as well as prohibiting the use of copyright holders content in an infringing manner.

As per DMCA law section 512(i) to be eligible for Safe Harbor a service provider must meet certain requirements.  One of these requirements is:
　　"(service provider)...has adopted and reasonably implemented, and informs subscribers of the service of, a policy for the termination of subscribers of the service who are repeat infringers"

For this reason, copyright holder strongly encourages the recipient of this notice to adopt and implement a repeat infringer policy.

In order to make the content removal process easier in the future, Takedown Piracy suggests that you add the copyright holder listed in this notice to a list of Prohibited or Banned Content on your site and filter and/or remove any content owned by this copyright owner.

Please note that all DMCA notices sent by Takedown Piracy are checked to ensure compliance by the allegedly infringing website.
Notices that have not been satisfied will be escalated to, including but not limited to, webhost and upstream provider.
In the event of non-compliance, Takedown Piracy can and will confer with the clients legal representatives and/or specialists in copyright infringement law.

All Rights Reserved.


--
Nate Glass
Authorized DMCA Agent
Email:nate@takedownpiracy.com

From: **Nate Glass** <nate@takedownpiracy.com>
Date: 2014-11-03 21:47 GMT+01:00
Subject: DMCA Notice for Copyright Holder : Porn Pros
To: DMCA@servitubes.com

My name is Nate Glass, and I am a person authorized to act on behalf of
the owner of an exclusive right that is being infringed.

Authorized DMCA Agent:
Nate Glass
8045 Retriever Ave.
Las Vegas, NV
89147
(818) 730-4666
nate@takedownpiracy.com

Copyright Holder:
Porn Pros
16673 Roscoe Blvd.
North Hills, CA
91343

The following works are the copyrighted property of Porn Pros:
http://www.freemovies.tv/video/alexis-adams-is-great-masseuse/

A representative list of these works is available at http://www.pornpros.com

Under penalty of perjury:
I have a good-faith belief that use of the material in the manner
complained of is not authorized by the copyright owner, its agent or the
law.

The information in the notification is accurate.

I am authorized to act
on behalf of the owner of an exclusive right that is allegedly infringed.

This notice is also to inform the allegedly infringing service provider
that the copyright holder listed above has not licensed, to the
allegedly infringing website, any works to be used in the manner
depicted above.  Furthermore, copyright holder strongly encourages

the operators of the allegedly infringing site to not allow the
continued use of copyright holders works without the expressed
written consent of the copyright holder.  This includes, but is not
limited to, filtering of content as well as prohibiting the use of
copyright holders content in an infringing manner.

As per DMCA law section 512(i) to be eligible for Safe Harbor a
service provider must meet certain requirements.  One of these
requirements is:
 "(service provider)...has adopted and reasonably implemented,
 and informs subscribers of the service of, a policy for the
 termination of subscribers of the service who are repeat infringers"

For this reason, copyright holder strongly encourages the recipient
of this notice to adopt and implement a repeat infringer policy.

In order to make the content removal process easier in the future,
Takedown Piracy suggests that you add the copyright holder listed
in this notice to a list of Prohibited or Banned Content on your site
and filter and/or remove any content owned by this copyright owner.

Please note that all DMCA notices sent by Takedown Piracy are checked
to ensure compliance by the allegedly infringing website.
Notices that have not been satisfied will be escalated to,
including but not limited to, webhost and upstream provider.
In the event of non-compliance, Takedown Piracy can and will
confer with the clients legal representatives and/or specialists in
copyright infringement law.

All Rights Reserved.


--
Nate Glass
Authorized DMCA Agent
Email:nate@takedownpiracy.com

From: **Nate Glass** <nate@takedownpiracy.com>
Date: 2014-10-09 0:44 GMT+02:00
Subject: DMCA Notice for Copyright Holder : Porn Pros
To: DMCA@servitubes.com


My name is Nate Glass, and I am a person authorized to act on behalf of
the owner of an exclusive right that is being infringed.

Authorized DMCA Agent:
Nate Glass
8045 Retriever Ave.
Las Vegas, NV
89147
(818) 730-4666
nate@takedownpiracy.com

Copyright Holder:
Porn Pros
16673 Roscoe Blvd.
North Hills, CA
91343

The following works are the copyrighted property of Porn Pros:
http://www.freemovies.tv/video/special-massage-for-a-busty-milf/


A representative list of these works is available at http://www.pornpros.com

Under penalty of perjury:
I have a good-faith belief that use of the material in the manner
complained of is not authorized by the copyright owner, its agent or the
law.

The information in the notification is accurate.

I am authorized to act
on behalf of the owner of an exclusive right that is allegedly infringed.

This notice is also to inform the allegedly infringing service provider
that the copyright holder listed above has not licensed, to the
allegedly infringing website, any works to be used in the manner
depicted above.  Furthermore, copyright holder strongly encourages

the operators of the allegedly infringing site to not allow the
continued use of copyright holders works without the expressed
written consent of the copyright holder.  This includes, but is not
limited to, filtering of content as well as prohibiting the use of
copyright holders content in an infringing manner.

As per DMCA law section 512(i) to be eligible for Safe Harbor a
service provider must meet certain requirements.  One of these
requirements is:
    "(service provider)...has adopted and reasonably implemented,
    and informs subscribers of the service of, a policy for the
    termination of subscribers of the service who are repeat infringers"

For this reason, copyright holder strongly encourages the recipient
of this notice to adopt and implement a repeat infringer policy.

In order to make the content removal process easier in the future,
Takedown Piracy suggests that you add the copyright holder listed
in this notice to a list of Prohibited or Banned Content on your site
and filter and/or remove any content owned by this copyright owner.

Please note that all DMCA notices sent by Takedown Piracy are checked
to ensure compliance by the allegedly infringing website.
Notices that have not been satisfied will be escalated to,
including but not limited to, webhost and upstream provider.
In the event of non-compliance, Takedown Piracy can and will
confer with the clients legal representatives and/or specialists in
copyright infringement law.

All Rights Reserved.


--
Nate Glass
Authorized DMCA Agent
Email:nate@takedownpiracy.com

From: **Nate Glass** <nate@takedownpiracy.com>
Date: 2014-10-06 4:01 GMT+02:00
Subject: DMCA Notice for Copyright Holder : Porn Pros
To: DMCA@servitubes.com

My name is Nate Glass, and I am a person authorized to act on behalf of
the owner of an exclusive right that is being infringed.

Authorized DMCA Agent:
Nate Glass
8045 Retriever Ave.
Las Vegas, NV
89147
(818) 730-4666
nate@takedownpiracy.com

Copyright Holder:
Porn Pros
16673 Roscoe Blvd.
North Hills, CA
91343

The following works are the copyrighted property of Porn Pros:
http://www.freemovies.tv/video/jessica-robin-and-her-big-tits/

A representative list of these works is available at http://www.pornpros.com

Under penalty of perjury:
I have a good-faith belief that use of the material in the manner
complained of is not authorized by the copyright owner, its agent or the
law.

The information in the notification is accurate.

I am authorized to act
on behalf of the owner of an exclusive right that is allegedly infringed.

This notice is also to inform the allegedly infringing service provider
that the copyright holder listed above has not licensed, to the
allegedly infringing website, any works to be used in the manner
depicted above.  Furthermore, copyright holder strongly encourages

the operators of the allegedly infringing site to not allow the
continued use of copyright holders works without the expressed
written consent of the copyright holder.  This includes, but is not
limited to, filtering of content as well as prohibiting the use of
copyright holders content in an infringing manner.

As per DMCA law section 512(i) to be eligible for Safe Harbor a
service provider must meet certain requirements.  One of these
requirements is:
>    "(service provider)...has adopted and reasonably implemented,
>    and informs subscribers of the service of, a policy for the
>    termination of subscribers of the service who are repeat infringers"

For this reason, copyright holder strongly encourages the recipient
of this notice to adopt and implement a repeat infringer policy.

In order to make the content removal process easier in the future,
Takedown Piracy suggests that you add the copyright holder listed
in this notice to a list of Prohibited or Banned Content on your site
and filter and/or remove any content owned by this copyright owner.

Please note that all DMCA notices sent by Takedown Piracy are checked
to ensure compliance by the allegedly infringing website.
Notices that have not been satisfied will be escalated to,
including but not limited to, webhost and upstream provider.
In the event of non-compliance, Takedown Piracy can and will
confer with the clients legal representatives and/or specialists in
copyright infringement law.

All Rights Reserved.


--
Nate Glass
Authorized DMCA Agent
Email:nate@takedownpiracy.com

From: **Nate Glass** <nate@takedownpiracy.com>
Date: 2014-10-01 23:32 GMT+02:00
Subject: DMCA Notice for Copyright Holder : Porn Pros
To: DMCA@servitubes.com


My name is Nate Glass, and I am a person authorized to act on behalf of
the owner of an exclusive right that is being infringed.

Authorized DMCA Agent:
Nate Glass
8045 Retriever Ave.
Las Vegas, NV
89147
(818) 730-4666
nate@takedownpiracy.com

Copyright Holder:
Porn Pros
16673 Roscoe Blvd.
North Hills, CA
91343

The following works are the copyrighted property of Porn Pros:
http://www.freemovies.tv/video/cock-juice-for-mom/
http://www.freemovies.tv/video/diana-doll-humiliated/
http://www.freemovies.tv/video/enjoying-a-penis/


A representative list of these works is available at http://www.pornpros.com

Under penalty of perjury:
I have a good-faith belief that use of the material in the manner
complained of is not authorized by the copyright owner, its agent or the
law.

The information in the notification is accurate.

I am authorized to act
on behalf of the owner of an exclusive right that is allegedly infringed.

This notice is also to inform the allegedly infringing service provider
that the copyright holder listed above has not licensed, to the

allegedly infringing website, any works to be used in the manner depicted above. Furthermore, copyright holder strongly encourages the operators of the allegedly infringing site to not allow the continued use of copyright holders works without the expressed written consent of the copyright holder. This includes, but is not limited to, filtering of content as well as prohibiting the use of copyright holders content in an infringing manner.

As per DMCA law section 512(i) to be eligible for Safe Harbor a service provider must meet certain requirements. One of these requirements is:
> "(service provider)...has adopted and reasonably implemented, and informs subscribers of the service of, a policy for the termination of subscribers of the service who are repeat infringers"

For this reason, copyright holder strongly encourages the recipient of this notice to adopt and implement a repeat infringer policy.

In order to make the content removal process easier in the future, Takedown Piracy suggests that you add the copyright holder listed in this notice to a list of Prohibited or Banned Content on your site and filter and/or remove any content owned by this copyright owner.

Please note that all DMCA notices sent by Takedown Piracy are checked to ensure compliance by the allegedly infringing website. Notices that have not been satisfied will be escalated to, including but not limited to, webhost and upstream provider. In the event of non-compliance, Takedown Piracy can and will confer with the clients legal representatives and/or specialists in copyright infringement law.

All Rights Reserved.


--
Nate Glass
Authorized DMCA Agent
Email:nate@takedownpiracy.com

From: **Nate Glass** <nate@takedownpiracy.com>
Date: 2014-09-30 12:40 GMT+02:00
Subject: DMCA Notice for Copyright Holder : Porn Pros
To: DMCA@servitubes.com


My name is Nate Glass, and I am a person authorized to act on behalf of
the owner of an exclusive right that is being infringed.

Authorized DMCA Agent:
Nate Glass
8045 Retriever Ave.
Las Vegas, NV
89147
(818) 730-4666
nate@takedownpiracy.com

Copyright Holder:
Porn Pros
16673 Roscoe Blvd.
North Hills, CA
91343

The following works are the copyrighted property of Porn Pros:
http://www.freemovies.tv/video/alyssa-funke-a-k-a-stella-ann-casting/
http://www.freemovies.tv/video/awesome-threesome-with-two-brunettes/
http://www.freemovies.tv/video/blowjob-feast/



A representative list of these works is available at http://www.pornpros.com

Under penalty of perjury:
I have a good-faith belief that use of the material in the manner
complained of is not authorized by the copyright owner, its agent or the
law.

The information in the notification is accurate.

I am authorized to act
on behalf of the owner of an exclusive right that is allegedly infringed.

This notice is also to inform the allegedly infringing service provider
that the copyright holder listed above has not licensed, to the

allegedly infringing website, any works to be used in the manner depicted above. Furthermore, copyright holder strongly encourages the operators of the allegedly infringing site to not allow the continued use of copyright holders works without the expressed written consent of the copyright holder. This includes, but is not limited to, filtering of content as well as prohibiting the use of copyright holders content in an infringing manner.

As per DMCA law section 512(i) to be eligible for Safe Harbor a service provider must meet certain requirements. One of these requirements is:
> "(service provider)...has adopted and reasonably implemented, and informs subscribers of the service of, a policy for the termination of subscribers of the service who are repeat infringers"

For this reason, copyright holder strongly encourages the recipient of this notice to adopt and implement a repeat infringer policy.

In order to make the content removal process easier in the future, Takedown Piracy suggests that you add the copyright holder listed in this notice to a list of Prohibited or Banned Content on your site and filter and/or remove any content owned by this copyright owner.

Please note that all DMCA notices sent by Takedown Piracy are checked to ensure compliance by the allegedly infringing website. Notices that have not been satisfied will be escalated to, including but not limited to, webhost and upstream provider. In the event of non-compliance, Takedown Piracy can and will confer with the clients legal representatives and/or specialists in copyright infringement law.

All Rights Reserved.


--
Nate Glass
Authorized DMCA Agent
Email:nate@takedownpiracy.com