# **EXHIBIT 1**

GFY.com:
Adult Webmaster Forum

*Cumlouder: a new crazy company in the adult industry*

*Excerpted*

Welcome to the **GoFuckYourself.com - Adult Webmaster Forum** forums.

You are currently viewing our boards as a guest which gives you limited access to view most discussions and access our other features. By joining our **free** community you will have access to post topics, communicate privately with other members (PM), respond to polls, upload content and access many other special features. Registration is fast, simple and absolutely free so please, **join our community today**!

If you have any problems with the registration process or your account login, please **contact us**.



| Register | GFY Rules | Calendar |

GoFuckYourself.com - Adult Webmaster Forum > Simply Business > Fucking Around & Program Discussion
   **Cumlouder: a new crazy company in the adult industry**

User Name: User Name ☐ Remember Me?
Password: [        ] [Log in]

Discuss what's fucking going on, and which programs are best and worst. One-time "program" announcements from "established" webmasters are allowed.

Thread Tools ▽

---

☐ 12-03-2012, 07:10 AM

**borjan**
Registered User



Industry Role:
Join Date: Aug 2008
Location: Spain
Posts: 68

⚠ **Cumlouder: a new crazy company in the adult industry**

First of all I would like to introduce myself.

My name is Borjan and I have been working for 11 years as a webmaster in adult industry.

It is our great honour to present on GFY our new product made for webmasters.

We started a production company almost three years ago in Spain called **CUMLOUDER** in which we wanted to produce something different and funny porn.

After this time, we have became the most well known brand in the Spanish-speaking business area of this industry.

Since one year ago, we have started to shoot our contents in English and we are now ready to launch our international version.

You'll find 18 different series on http://www.cumlouder.com :

Members zone examples!

Industry Role:
Join Date: Nov 2007
Location: Westbahnhof
Posts: 15,130

  

☐ 12-03-2012, 08:54 PM                                                                                          #42

**19teenporn**
Confirmed User



Industry Role:
Join Date: Apr 2011
Location: En la reverendisima concha de tu madre!
Posts: 3,034

So, are you also the owner of serviporno right?(i can see the announcement in your blog), site with tons of full videos from all major major content producers of the world.

I see full videos from reality kings, ztod, brazzers, etc etc etc. All of them are there!

Also your site videogratistv and the rest have full videos from everyone on GFY!

This is the reasoning you make in your blog on July 16, 2012(link):

"Whoever knows some about how the american market works, knows most of porn traffic is in tubes.
A lot of that traffic has been given to them by us, spaniard webmasters and the rest of the countries and have made tubes like xvideos top webs in the world.
The traffic is there, will not change, at least for now. We also didn't have brazzers fortune to buy the tube network they have (pornhub, tube8, pornMD, Spankwire, keezmovies, etc..), so we decided to take our stake and make our own tubes..." ( and use everybody else's full scenes in our sites)

So, you own lots of sites with full movies from members in this forum, content producers who didn't give you permission to broadcast their scenes in full and you como here as a hero to present your program?

Beware GFY content owners and producers, if you guys hate and complain all the time about manwin and Fabian, this guy is much, much worse than him.

For starters, you can go to serviporno dot com and see thousands of full movies from elegant angel, naughty america, brazzers, reality kings, and more and more. Everyone is there!

*Last edited by 19teenporn; 12-03-2012 at 09:03 PM..*

   

☐ 12-03-2012, 10:33 PM                                                                                          #43

**Mutt**
Too lazy to set a custom title



Industry Role:
Join Date: Sep 2002
Posts: 34,611

LOL!!!

This industry is the best, it's the world's largest clown car.

Go look at that tube site, full length videos from the biggest programs, their own watermarks over the copyright owner's watermark and all the ads are for CumLouder.

Brazzers LOL! NaughtyAmerica, RealityKings,BangBros, Kink, Suze Randall, Team Skeet .......

Beating Nathan at his own game .................. methinks not for long.



   

☐ 12-03-2012, 10:56 PM                                                                                          #44

**19teenporn**
Confirmed User



Industry Role:
Join Date: Apr 2011
Location: En la reverendisima

Quote:

Originally Posted by **Mutt** ▸
*LOL!!!*

*This industry is the best, it's the world's largest clown car.*

*Go look at that tube site, full length videos from the biggest programs, their own watermarks over the copyright owner's watermark and all the ads are for CumLouder.*

*Brazzers LOL! NaughtyAmerica, RealityKings,BangBros, Kink, Suze Randall, Team Skeet .......*



Welcome to the **GoFuckYourself.com - Adult Webmaster Forum** forums.

You are currently viewing our boards as a guest which gives you limited access to view most discussions and access our other features. By joining our **free** community you will have access to post topics, communicate privately with other members (PM), respond to polls, upload content and access many other special features. Registration is fast, simple and absolutely free so please, **join our community today**!

If you have any problems with the registration process or your account login, please contact us.

| Register | GFY Rules | Calendar |
|---|---|---|
| | | User Name [User Name]  ☐ Remember Me? |
| GoFuckYourself.com - Adult Webmaster Forum > Simply Business > Fucking Around & Program Discussion | | |
| 🔒 **Cumlouder: a new crazy company in the adult industry** | | Password [        ]  [Log in] |

Discuss what's fucking going on, and which programs are best and worst. One-time "program" announcements from "established" webmasters are allowed.

**Thread Tools** ▽

---

📄 12-04-2012, 12:21 AM                                                                                          #51

**Paul&John**
Confirmed User

> Quote:
> Originally Posted by **Matyko** ▷
> Holy shit 😟
> http://www.serviporno.com/ indeed has shitload of illegal over-watermarked scenes.

lol wtf. that's pretty fucked up

😊 **Legal homemade content is what STILL converts in 2015** 😊

Industry Role:
Join Date: Aug 2005
Location: YUROP
Posts: 5,169

---

📄 12-04-2012, 12:24 AM                                                                                          #52

**Diomed**
Converting like it's 1999

Damn... my weiner is a bit smelly today..

What's up with that? Anyone else ever get smelly weiner? It's raining smelly weiners.

Smelly weiners aside, nice program, looks good! Smelly weiner!

**CONSULTANCY - EVALUATIONS - STRATEGY - IMPLEMENTATION**
**CREATIVES / CONVERSIONS / CHAT SALES / PAID TRAFFIC / MEDIA BUYS**
**DIOMEDGFY (a-t) Y A H O O (d-o-t) COM - SKYPE: WISEOWLMEDIA**

Industry Role:
Join Date: Jan 2009
Location: The South
Posts: 3,045

---

📄 12-04-2012, 01:03 AM                                                                                          #53

**V_RocKs**
Sooo fucken bannned!!

Big oops...

Industry Role:
Join Date: Nov 2003
Location: Cowtown, USA
Posts: 31,988

  

☐ 12-04-2012, 01:25 AM                                                                                             #54

**Caldo**
Confirmed User



Join Date: Apr 2007
Posts: 2,334

Perfect job guys, look awesome 😊
_____



www.AlfaContent.com - Quality videos with matching photo sets and full 2257 !
info@alfacontent.com
ICQ# 594092063



☐ 12-04-2012, 03:05 AM                                                                                             #55

**borjan**
Registered User



Industry Role:
Join Date: Aug 2008
Location: Spain
Posts: 68

Hi Guys, about serviporno 😊

Our biggest traffic is from these countries: Bolivia, Colombia, Ecuador, Peru, Paraguay, Chile, El Salvador, Republica Dominicana.

Is not an excuse, it's true, as you can see in Alexa

It is really strange but since we created Cumlouder we've always had hundreds of videos on all the tubes. Right now, XVIDEOS has a lot of our complete videos, and it's the biggest tube in the world.

We know we are serving complete vídeos, and we know not doing damage any producer.

How Serviporno works 😊

It takes videos from other tubes and replicate them.
All the SERVIPORNO videos are automatically downloaded from other tubes …
You can see exactely the same videos on other tubes , even with the watermarks that other tubes demand.

There is a DMCA for erasing any video, just like on any other tube

Of course, we don't have any problem with improving everything that isn't well done and I totally accept any constructive criticism, even destructive criticism.

Serviporno is a test tube for spanish traffic (we are losing a lot of money with it), if you want kill us for that, sorry guys, I accept your critical.
_____
Borja Mera
www.wamcash.com
www.cumlouder.com

mail to: borjan@cumlouder.com
Skype: borjancito
Making porn sites during ten years 👍



☐ 12-04-2012, 03:07 AM                                                                                             #56

**borjan**
Registered User



Industry Role:
Join Date: Aug 2008
Location: Spain
Posts: 68

Quote:
> Originally Posted by **Icy** ▶
> Top content and production, top program owner and a great friend for over 10 years, when we both started in the adult industry.
>
> Wamcash has been the best VOD sponsor program in Spanish language for a few years already, now that they have officially gone international after internal testing, i'm sure they will do as good or even better.
>
> Ricky is a nice guy and a top notch affiliate manager, webmasters will be in good hands.
>
> Big congrats on the international launch Borja & the whole wamcash team, you are one of the most profesional guys i have known in the industry, this proves that hard work pays off, wish you the best!

Thank you very much Ivan!

7/24/2015 Cumlouder is a new crazy company in the adult industry. Stage 2 - Go Fuck Yourself.com - Adult Webmaster Forum

Case 2:15-cv-01673-JCM-GWF Document 9-1 Filed 01/06/16 Page 6 of 10

Hard work is the only way.
_____
Borja Mera
www.wamcash.com
www.cumlouder.com

mail to: borjan@cumlouder.com
Skype: borjancito
Making porn sites during ten years 



☐ 12-04-2012, 03:08 AM                                                                                     #57

**borjan**
Registered User



Industry Role:
Join Date: Aug 2008
Location: Spain
Posts: 68

Quote:
> Originally Posted by **xanadu**
> couldnt been said better
>
> Solid program long time now and really amazing content.
>
> I know Borjan many years now, since he was a webmaster and I have heard only good words from the spanish webmasters since he launched cumlouder.
>
> All the best to your international adventure guys, I am sure you gonna rock it!

Panos, thank you very much, see you soon in Las Vegas!
_____
Borja Mera
www.wamcash.com
www.cumlouder.com

mail to: borjan@cumlouder.com
Skype: borjancito
Making porn sites during ten years 



☐ 12-04-2012, 03:09 AM                                                                                     #58

**AdultKing**
Ministry of Silly Walks



Industry Role:
Join Date: Jun 2003
Location: Melbourne, Australia
Posts: 12,022

Quote:
> Originally Posted by **borjan**
> It is really strange but since we created Cumlouder we've always had hundreds of videos on all the tubes. Right now, XVIDEOS has a lot of our complete videos, and it's the biggest tube in the world.
>
> We know we are serving complete vídeos, and we know not doing damage any producer.
>
> How Serviporno works :)
>
> It takes videos from other tubes and replicate them.
> All the SERVIPORNO videos are automatically downloaded from other tubes ...

If you don't have a license for the content, own the content or have user uploaded content covered by a takedown policy then you shouldn't have it on your site.
_____
PornBlogs·XXX
Get Your Free Porn Blog Today - Use Invitation Code: GFY01032015



☐ 12-04-2012, 03:17 AM                                                                                     #59

**borjan**
Registered User



Industry Role:
Join Date: Aug 2008
Location: Spain

Quote:
> Originally Posted by **AdultKing**
> If you don't have a license for the content, own the content or have user uploaded content covered by a takedown policy then you shouldn't have it on your site.

Hi AdultKing, we know it, is the way we choose to open and test tube hosting the videos on spanish traffic, using the videos from other (legal) tubes.

We know also we know not doing damage any producer NOW and we have DMCA.

Also we are now working on the content partner program, in contact with other companies! :)

Posts: 68

This is a big and old discussion, a lot of our complete videos was serving now in a lot of big tubes.

------

Borja Mera
www.wamcash.com
www.cumlouder.com


mail to: borjan@cumlouder.com
Skype: borjancito
Making porn sites during ten years 

---

🗓 12-04-2012, 03:19 AM         #60

**borjan**
Registered User



Industry Role:
Join Date: Aug 2008
Location: Spain
Posts: 68

Quote:
> Originally Posted by **Exoclick** ▸
> Well done Borjan. And good luck on the launch! I'm sure it will be a big hit ;)

Benja, thanks a lot!

------

Borja Mera
www.wamcash.com
www.cumlouder.com


mail to: borjan@cumlouder.com
Skype: borjancito
Making porn sites during ten years 

---

🗓 12-04-2012, 03:20 AM         #61

**Adraco**
Confirmed User



Industry Role:
Join Date: May 2009
Location: Onboard an airplane around the globe
Posts: 2,498

Quote:
> Originally Posted by **borjan** ▸
> Hi Guys, about serviporno 🙂
>
> Our biggest traffic is from these countries: Bolivia, Colombia, Ecuador, Peru, Paraguay, Chile, El Salvador, Republica Dominicana.
>
> Is not an excuse, it's true, as you can see in Alexa
>
> It is really strange but since we created Cumlouder we've always had hundreds of videos on all the tubes. Right now, XVIDEOS has a lot of our complete videos, and it's the biggest tube in the world.
>
> We know we are serving complete vídeos, and we know not doing damage any producer.
>
> How Serviporno works 🙂
>
> It takes videos from other tubes and replicate them.
> All the SERVIPORNO videos are automatically downloaded from other tubes …
> You can see exactly the same videos on other tubes , even with the watermarks that other tubes demand.
>
> There is a DMCA for erasing any video, just like on any other tube
>
> Of course, we don't have any problem with improving everything that isn't well done and I totally accept any constructive criticism, even destructive criticism.
>
> Serviporno is a test tube for spanish traffic (we are losing a lot of money with it), if you want kill us for that, sorry guys, I accept your critical.

Quote:
> Originally Posted by **AdultKing** ▸
> If you don't have a license for the content, own the content or have user uploaded content covered by a takedown policy then you shouldn't have it on your site.

Since you admit to uploading/creating the videos by yourself, ie not "user uploaded" by definition, I think you are not covered by the DMCA rules. On the other hand, depending on where your server is hosted, or your company is formed, you might not be affected by it anyway. Since DMCA is an American set of rules and regulations, if you are not hosting there or have your company there, you wouldn't be bound by it anyway, but instead have your own country's copyright laws to abide by.

------

The truth is not affected by the beliefs, or doubts, of the majority.
**Proudly hosted for years @ AmeriNoc** - *Without them, I simply wouldn't be in business.*

  

---

☐ 12-04-2012, 03:21 AM      #62

**borjan**
Registered User



Industry Role:
Join Date: Aug 2008
Location: Spain
Posts: 68

Quote:
> Originally Posted by **robwod** ▸
> *Ricky and Borjan are extremely good people to work with. Well done guys. Looking forward to a long business relationship with you.* 👍

Robwod, ready to work with you.

Thank you very much!
_____
Borja Mera
www.wamcash.com
www.cumlouder.com

mail to: borjan@cumlouder.com
Skype: borjancito
Making porn sites during ten years 👍

    

---

☐ 12-04-2012, 03:24 AM      #63

**L-Pink**
working on my tan





Industry Role:
Join Date: Mar 2005
Location: Florida/Kentucky
Posts: 36,520

So you are just another thieving cocksucker profiting off of the work and property of others?

   

---

☐ 12-04-2012, 03:27 AM      #64

**borjan**
Registered User



Industry Role:
Join Date: Aug 2008
Location: Spain
Posts: 68

Quote:
> Originally Posted by **Adraco** ▸
> *Since you admit to uploading/creating the videos by yourself, ie not "user uploaded" by definition, I think you are not covered by the DMCA rules. On the other hand, depending on where your server is hosted, or your company is formed, you might not be affected by it anyway. Since DMCA is an American set of rules and regulations, if you are not hosting there or have your company there, you wouldn't be bound by it anyway, but instead have your own country's copyright laws to abide by.*

Thanks for your words Adraco, I appreciate it.

We are working rigth now in all the posible problems about this website, and fixing it.

On the other hand, insist, we know not doing damage any producer.
_____
Borja Mera
www.wamcash.com
www.cumlouder.com

mail to: borjan@cumlouder.com
Skype: borjancito
Making porn sites during ten years 👍

   

---

☐ 12-04-2012, 03:29 AM      #65

**borjan**
Registered User

Quote:
Originally Posted by **Nelzon** ▸

7/24/2015    CumLouder, a new crazy company in the adult industry. Page 2 - GoFuckYourself.com - Adult Webmaster Forum

Case 2:15-cv-01673-JCM-GWF Document 9-1 Filed 01/06/16 Page 9 of 10



This are great guys for sure and their stuff of high quality! I love it! It's nice to have them as business partners too!
Love to see all those nice Latina girls getting rammed hard! ;)

Muy bueno!

And my inside joke: Forza Juve!!! 

Industry Role:
Join Date: Aug 2008
Location: Spain
Posts: 68

Thanks Nelzon!
_____
Borja Mera
www.wamcash.com
www.cumlouder.com

mail to: borjan@cumlouder.com
Skype: borjancito
Making porn sites during ten years 

☐ 12-04-2012, 03:30 AM    #66

**borjan**
Registered User



Industry Role:
Join Date: Aug 2008
Location: Spain
Posts: 68

Quote:
Originally Posted by **Matyko** ▶
Heyhey, we love you and your content. Sex and Thrones is hilarious!! 

Thanks Matyko, waiting to work with you!
_____
Borja Mera
www.wamcash.com
www.cumlouder.com

mail to: borjan@cumlouder.com
Skype: borjancito
Making porn sites during ten years 



☐ 12-04-2012, 03:31 AM    #67

**borjan**
Registered User



Industry Role:
Join Date: Aug 2008
Location: Spain
Posts: 68

Quote:
Originally Posted by **Roald** ▶
Started sending more traffic to the English site and ratios are top notch. Good content and great guys to work with.

Highly recommended for your Spanish AND English traffic.

Roald, you are welcome like always.
_____
Borja Mera
www.wamcash.com
www.cumlouder.com

mail to: borjan@cumlouder.com
Skype: borjancito
Making porn sites during ten years 



☐ 12-04-2012, 03:33 AM    #68

**19teenporn**
Confirmed User



Industry Role:
Join Date: Apr 2011
Location: En la reverendísima concha de tu madre!
Posts: 3,034

Quote:
Originally Posted by **L-Pink** ▶
So you are just another thieving cocksucker profiting off of the work and property of others?

Yes, he is.

But hey, his traffic is from south ammerica, it doesn't matter he uses other people's work to make money, as he puts a link to his own program under other people's videos.

And he still doesn't care. He gives his ridiculous excuses and keeps answering to his friends in this thread and talking about keep working and making business.

This has to be a joke.

It has to be a joke this thief is not banned yet and forever from here!

*Last edited by 19teenporn; 12-04-2012 at 03:34 AM..*



---

**12-04-2012, 03:34 AM**      **#69**

**diesel**
Confirmed User

Join Date: Jan 2001
Location: Amsterdam
Posts: 1,148

How do you know that you dont make any damage to our company by showing our full scenes with your logo on it and some dating site in our scene?

http://www.serviporno.com/videos/sol...erme-cachonda/

I have lots of disgust for production companies who abuse content of other studios. You know exactly how much efforts it takes to produce a scene and you still join the piracy path.



---

**12-04-2012, 03:37 AM**      **#70**

**19teenporn**
Confirmed User



Industry Role:
Join Date: Apr 2011
Location: En la reverendisima concha de tu madre!
Posts: 3,034

Quote:
> Originally Posted by **diesel**
> *How do you know that you dont make any damage to our company by showing our full scenes with your logo on it and some dating site in our scene?*
>
> *http://www.serviporno.com/videos/sol...erme-cachonda/*
>
> *I have lots of disgust for production companies who abuse content of other studios. You know exactly how much efforts it takes to produce a scene and you still join the piracy path.*

Not just his logo, but a join link to his program under your full video!

But hey, Roald supports and recommends him.

The guy is untouchable!

---

**12-04-2012, 03:37 AM**      **#71**

**Three.Thousand**
Confirmed User



Industry Role:
Join Date: Apr 2012
Location: UK
Posts: 287

great, does this mean we are all welcome to take all the full length cumlouder scenes and put them on our own sites? I could always do with some good filler content, or even open a tube and get some cam sales....

yes? no?



---

**12-04-2012, 03:45 AM**      **#72**

**EriktheRabbit**
So Fucking Banned

Industry Role:
Join Date: Jun 2012
Posts: 423

Quote:
> Originally Posted by **Three.Thousand**
> *great, does this mean we are all welcome to take all the full length cumlouder scenes and put them on our own sites? I could always do with some good filler content, or even open a tube and get some cam sales....*
>
> *yes? no?*

I think its fine. Just dont send to south america and caribe. You might hurt his sales. On second thought he claims does not hurt any sales. I think I have to sign up and start a spanish site.

*Last edited by EriktheRabbit; 12-04-2012 at 03:46 AM..*



---

**12-04-2012, 03:51 AM**      **#73**