# <u>COMPOSITE EXHIBIT 3</u>

First Ring of Websites

# *EXHIBIT 3.1*

## Homepage of
## <serviporno.com>



# *EXHIBIT 3.2*

Homepage of



# *EXHIBIT 3.3*

Homepage of



# *EXHIBIT 3.4*

Homepage of
&lt;pornodingue.com&gt;



# *EXHIBIT 3.5*

Homepage of



# *EXHIBIT 3.6*

Homepage of



# *EXHIBIT 3.7*

Homepage of



# *EXHIBIT 3.8*

Homepage of



# *EXHIBIT 3.9*

Homepage of



# *EXHIBIT 3.10*

Homepage of

