# COMPOSITE EXHIBIT 4

Second Ring of Websites

# *EXHIBIT 4.1*

Homepage of



# *EXHIBIT 4.2*

Homepage of
&lt;bundesporno.xxx&gt;



# *EXHIBIT 4.3*

Homepage of



# *EXHIBIT 4.4*

Homepage of

