# <u>COMPOSITE</u>
# <u>EXHIBIT 5</u>

Third Ring of Websites

# *EXHIBIT 5.1*

Homepage of



# *EXHIBIT 5.2*

Homepage of



# *EXHIBIT 5.3*

Homepage of



# *EXHIBIT 5.4*

Homepage of



# *EXHIBIT 5.5*

Homepage of



# *EXHIBIT 5.6*

Homepage of



# *EXHIBIT 5.7*

Homepage of



# *EXHIBIT 5.8*

Homepage of



# *EXHIBIT 5.9*

Homepage of



# *EXHIBIT 5.10*

Homepage of

