JAMES D. BOYLE, Esq.
Nevada Bar No. 08384
HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702-791-0308
Facsimile: 702-791-1912
Email: jboyle@nevadafirm.com

VALENTIN D GURVITS (*pro hac vice application forthcoming*)
MATTHEW SHAYEFAR (*pro hac vice application forthcoming*)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
Email: vgurvits@bostonlawgroup.com
Email: matt@bostonlawgroup.com

EVAN FRAY-WITZER (*pro hac vice application forthcoming*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000
Facsimile: 617-507-8043
Email: evan@CFWLegal.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMA MULTIMEDIA, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BORJAN SOLUTIONS, S.L., d/b/a SERVIPORNO, a Spanish company; and BORJAN MERA URRESTARAZU, an individual,<br><br>Defendants. | CASE NO.: 2:15-cv-01673-JCM-(GWF)<br><br>**DEFENDANTS BORJAN SOLUTIONS, S.L.'S CERTIFICATE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 7.1-1** |

Defendant Borjan Solutions, S.L. ("BSSL") hereby provides its Certificate of Interested Parties pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, and through its undersigned counsel hereby states as follows: (i) it has no parent corporation; (ii) no publicly

- 1 -

11369-01/1636524.doc

held corporation owns 10% or more of its stock; and (iii) no parties other than the parties to this action have a direct, pecuniary interest in the outcome of this action.

These representations are made to enable judges of the court to evaluate possible recusal.

BSSL hereby reserves its right to amend and supplement this Certification of Interested Parties in accordance with Local Rule 7.1-1(c).

DATED this 20th day of January, 2016.

**HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON**

_/s/ James D. Boyle_
JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

**CIAMPA FRAY-WITZER, LLP**

Evan Fray-Witzer, Esq. (*PHV forthcoming*)
20 Park Plaza, Suite 505
Boston, Massachusetts 02116

**BOSTON LAW GROUP, PC**

Valentin Gurvits, Esq. (*PHV forthcoming*)
Matthew Shayefar, Esq. (*PHV forthcoming*)
825 Beacon Street, Suite 20
Newton, Massachusetts 02459

*Attorneys for Defendants*

11369-01/1636524.doc

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I certify that I caused the document entitled **DEFENDANTS BORJAN SOLUTIONS, S.L.'S CERTIFICATE OF INTERESTED PARTIES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 7.1-1** to be electronically filed and served this 20th day of January, 2016 to the following:

| Attorneys of Record | Parties Represented | Method of Service |
|---|---|---|
| Marc J. Randazza, Esq.<br>Ronald D. Green, Esq.<br>Randazza Legal Group<br>3625 South Town Center Drive<br>Suite 150<br>Las Vegas, Nevada 89135<br>ecf@randazza.com | AMA Multimedia, LLC | ☐ Personal Service<br>■ Email/E-File<br>☐ Fax Service<br>☐ Mail Service |

DATED this 20th day of January, 2016.

_____
An Employee of Holley Driggs Walch Fine Wray Puzey & Thompson

- 3 -

11369-01/1636524.doc