Exhibit 1

 

**ADR — Your Partner in Resolution**

Home | About Us | Offices | Contact | Jobs

Neutrals & Resumés

Los Angeles / Southern California

San Francisco / Northern California

San Diego

**Las Vegas**

Orange County

Specialty Panels

Rates & Fee Schedule

Processes

Rules

Disclosures

Forms

FAQ

Submit an Inquiry

Submit Feedback

CLE Program

ADR Home > Neutrals > Nevada

# Nevada Mediators & Arbitrators

Eric Dobberstein, *Esq.*
Hon. Leonard Gang
Hon. Robert Gaston
John O'Reilly, *Esq.*
Erwinn Paul Richitt, *Esq.*
Alexander Robertson, *Esq.*

Back to Top

Download/Print: [pdf format]
Nevada Panel

Nevada Panel with rates

## Our Offices

- LOS ANGELES
- CENTURY CITY
- SAN FRANCISCO
- SILICON VALLEY
- ORANGE COUNTY
- SAN DIEGO
- LAS VEGAS

**Disclaimer:** *Please be advised that the contents of this web site and any other statements contained herein are for informational purposes only and are not intended to be represented as legal advice in any way.*

© 1994 - 2013 ADR Services, Inc. All Rights Reserved.   Home | About Us | Links | Offices | Contact | Jobs | Site Map | ADRS

Web Site Development by Program This! Web Solutions


**Your Partner in Resolution**

ADR Home > Neutrals > Nevada > Eric Dobberstein, Esq.

# Eric Dobberstein, Esq.

Case Manager: Chelsea Mangel
Tel: (310) 201-0010 Ext. 137
E-Mail



### EXPERIENCE AND AREAS OF EXPERTISE

Eric Dobberstein has served as an arbitrator in over 300 cases involving construction, personal injury, commercial and real property disputes. He is a member of the American Arbitration Association Commercial and Construction Panels hearing insurance, commercial, and construction disputes. Mr. Dobberstein has experience with complex, multi party cases, as well as fraud, personal injury, products liability, premises liability and construction defect cases. He is a member of the Eighth Judicial District Court Arbitration Program, Arbitration Dispute Resolution Services, Nevada Panel Member and Pro Tempro Judge with the Short Trial Program.

### EDUCATION

University of Nevada at Las Vegas (BA, Criminal Justice-1985); Texas Southern University (JD-1988).

### ALTERNATIVE DISPUTE RESOLUTION TRAINING

Short Trial Program Training 3/07, Arbitration Awards: Safeguarding, Deciding & Writing an Award, 1/07; ACE: Chairing an Arbitration Panel, Las Vegas, 12/05; AAA Construction Arbitrator II Training, San Diego, 7/04; AAA Arbitrator II – Advanced Case Management, San Diego, 7/04; Arbitrator Update 2004; AAA Arbitrator I Training – Fundamentals of the Arbitration Process, Los Angeles, 1/04; American Arbitration Association Neutrals Arbitrator I Workshop in Los Angeles, 1/04; State of Nevada Arbitration Training, Las Vegas, 1/92

### PROFESSIONAL LICENSES

Admitted to the Bar: Nevada, 1989; U.S. District Court, District of Nevada, 1989; U.S. Court of Appeals, Ninth District, 1990.

### PROFESSIONAL ASSOCIATIONS

Nevada Bar Association (Southern Nevada Disciplinary Committee; Fee Dispute Committee), American Bar Association, Nevada Justice Association, Clark County Bar Association, Member of the Eighth Judicial District Court Arbitration Program, Arbitration Dispute Resolution Services, Nevada Panel Member, Pro Tempore Judge for Short Trial Program with the Eighth Judicial District Court Arbitration Program and the Henderson Chamber of Commerce.

### MAIN AREAS OF SPECIALIZATION OR SUBJECT MATTER EXPERIENCE

Mr. Dobberstein has been a licensed attorney in the state of Nevada since 1989. He has a general trial practice consisting of construction, personal injury, and commercial issues. His firm also handles issues involving corporations, LLCs and partnerships. Fifty percent of his practice involves construction law matters, with projects ranging in value from $5,000 to $12 million. His recent significant construction projects include Clark County School District projects consisting of new construction and renovation, City of Henderson recreational center, local casino additions, numerous commercial private business centers, and numerous pool and residential construction disputes. Mr. Dobberstein has represented both owners, prime contractors, architects, subcontractors, material suppliers, bond companies, all involving mechanic's liens, construction defects and bond claims. He has represented parties and arbitrated or mediated motor vehicle accidents, premises liability and product liability cases from $5,000 to $3 million.

**REPRESENTED CLIENTS**

Aardvark Pest Control, A/C For Less, Inc., Addison, AmeriTile, Bronco Construction, Builders Design Group, Chaparral Electric, Coral Beach Pools, Courtesy Heating & Cooling, Desert Springs Pools & Spas, Exclusive Lawn Maintenance, Evans Excavation, Destination Salon & Spa, Econ Appliance, Embassy Glass, Guy Evans Construction, Hy-Bar Windows & Sales, Insulpro, JOM Enterprises, Masco Corporation, Monster Painting, Moturis, Northern Nevada Heating & Air, NU U Unlimited, Pacific Custom Pools, Ryerson Concrete, The Mechanical Company, TLV Construction, Toro Underground, Town & Country Mechanical, Trusted Home Lending, Trustee Development, Monster Painting, Universal Safety Rail, Westar Fire Protection, and Wizard One Pest Control.

Back to Top

**Disclaimer:** Please be advised that the contents of this web site and any other statements contained herein are for informational purposes only and are not intended to be represented as legal advice in any way.

## Our Offices

**Download/Print:** [pdf format]
Eric Dobberstein, Esq. Resume

Nevada Panel

Nevada Panel with rates


LOS ANGELES


CENTURY CITY


SAN FRANCISCO


SILICON VALLEY

ORANGE COUNTY





1/25/2016                                                           Eric Dobberstein, Esq. - ADR Services, Inc.


SAN DIEGO            LAS VEGAS

© 1994 - 2013 ADR Services, Inc. All Rights Reserved.


**ADR℠ Your Partner in Resolution**
SERVICES, INC.

ADR Home > Neutrals > Nevada > Hon. Leonard Gang

# Hon. Leonard I. Gang

Case Manager: Chelsea Mangel
Tel: (310) 201-0010 Ext. 137
E-Mail



## Education

Certificate in Dispute Resolution from Straus Institute for Dispute Resolution at Pepperdine University School of Law, 2003
Graduate Studies, National Judicial College, Reno, Nevada 1972
J.D., New York University School of Law, 1963
B.S., Cornell University School of Industrial and Labor Relations, 1960

## Professional Experience

| | |
|---|---|
| 1963-1964 | Law Clerk, Nevada Supreme Court |
| 1965-1966 | Deputy District Attorney, Clark County, Nevada |
| 1967 | Deputy Public Defender, Clark County, Nevada |
| 1967-1971 | Private practice of law |
| 1971-1974 | District Court Judge, Clark County, Nevada |
| 1974-1992 | Private practice of law, arbitration, mediation |
| 1992-1994 | Bar Counsel, State Bar of Nevada, served as Chief Counsel in charge of attorney discipline and General Counsel to the Board of Governors |
| 1994-2000 | General Counsel and Executive Director, Nevada Commission on Judicial Discipline |
| 2000 | Dispute Resolution, Arbitration, and Mediation |

## Relevant Experience

### CIVIL LAW

- Counseled clients in gaming, real estate, business, and corporate law
- Litigated construction and business related matters
- Handled purchases and sales of businesses, radio stations and cable TV companies
- Represented both management and labor in contract negotiation and labor relations
- Represented the State of Nevada Board of Health as independent counsel in regard to the low level nuclear waste dump in Beatty, Nevada

### GOVERNMENTAL LAW

- Represented clients in matters before Nevada regulatory agencies including the Gaming Commission, Gaming Control Board and Public Service Commission
- Represented clients before county commissions and county planning commissions
- Represented clients as a lobbyist at the Nevada State Legislature

### COURTROOM

- Litigated cases in all courts of Nevada, including District Court of Nevada, Nevada Supreme Court, United States District Court of Nevada and United States District Court of Appeals for the Ninth Circuit
- Served as a prosecutor and lead defense counsel in capital cases
- Litigated complex business and construction cases that resulted in multi-million dollar awards
- Admitted to practice before the United States Supreme Court

**JUDICIAL**

- Appointed by Governor O'Callahan to the Eighth Judicial District Court bench in July 1971
- Elected District Court Judge in Clark County, Nevada in 1972
- Held court in many counties in the state of Nevada
- Designated by the Governor to fill a vacancy on the Nevada Supreme Court on an individual case basis

**ARBITRATION AND MEDIATION**

- Selected as arbitrator and mediator in employee-management disputes, commercial, construction, and personal injury cases
- Previously served as a mediator and panel member for complex cases for the American Arbitration Association
- Settlement Judge, Nevada Supreme Court
- Panel Member, Court Annexed Mandatory Arbitration Program

**LECTURER**

- Lectured to attorneys at continuing legal education seminars on ethics and professional responsibility, arbitration, mediation and criminal law
- Lectured at bar examination review course on commercial law
- Conducted seminars on arbitration, fact-finding and mediation
- Lectured at the National Academy of Law Ethics and Management

**PHILANTHROPIC**

- Member, Board of Trustees, Sierra Nevada College, Incline Village, Nevada, a fully accredited liberal arts college; 1982-1992, Vice-Chairman and Secretary of the Board
- Founding Trustee, Vegas Verdes Clinic, North Las Vegas, Nevada, a federally funded clinic providing health care to the underprivileged
- Organizer and past member of the Board of Directors, Las Vegas Symphony Society
- Past member, Master, Nevada Inns of Court

Back to Top

This page was last modified in February 2012

**Disclaimer:** *Please be advised that the contents of this web site and any other statements contained herein are for informational purposes only and are not intended to be represented as legal advice in any way.*

**Our Offices**

**Download/Print:** [pdf format]
Hon. Leonard Gang *Resume*



Nevada Panel

Nevada Panel with rates

LOS ANGELES   CENTURY CITY   SAN FRANCISCO   SILICON VALLEY   ORANGE COUNTY

SAN DIEGO   LAS VEGAS

© 1994 - 2013 ADR Services, Inc. All Rights Reserved.



ADR Home > Neutrals > Nevada > Hon. Robert Gaston

# Hon. Robert E. Gaston

Case Manager: Chelsea Mangel
Tel: (310) 201-0010 Ext. 137
E-Mail



## Education

Bachelor of Arts - Baylor University
Master of Arts (Education) - California Western University
Doctorate of Education - University of Nevada Las Vegas
Juris Doctorate - California Western School of Law

## Professional Experience

Teacher and School Principal - 16 years
Assemblyman, Nevada State Legislature - 4 years
Attorney -licensed in Nevada for 23 years
District Court Judge, Family Division - 12 years

- Domestic Court
- Guardianship Court
- Juvenile Court
- Abuse and Neglect Court
- Drug Court
- Truancy Court
- Adoption

## Special Recognition

Peacemaker of the Year - Mediators of Southern Nevada
Man Of Year - Las Vegas Chamber of Commerce Presiding
Judge Family Division
Outstanding Person of the Year - TADC (Domestic Violence)

## Innovations

Nationally recognized Teen Drug Court, First Drug Court in Nevada for Parents
Creation of a 24 hour, 7 days a week Emergency Protective Order
Instructor to the Nevada District Court Judges on Family Law - Yearly

Back to Top

1/25/2016                                       Hon. Robert E. Gaston - ADR Services, Inc.

*This page was last modified in February 2012*

**Disclaimer:** *Please be advised that the contents of this web site and any other statements contained herein are for informational purposes only and are not intended to be represented as legal advice in any way.*

## Our Offices

**Download/Print:** [pdf format]

📄 Hon. Robert Gaston *Resume*

📄 Nevada Panel

📄 Nevada Panel with rates

LOS ANGELES    CENTURY CITY    SAN FRANCISCO    SILICON VALLEY    ORANGE COUNTY

SAN DIEGO    LAS VEGAS

© 1994 - 2013 ADR Services, Inc. All Rights Reserved.


**Your Partner in Resolution**

ADR Home > Neutrals > Nevada > John O'Reilly, Esq.

# John O'Reilly, Esq.

Case Manager: Chelsea Mangel
Tel: (310) 201-0010 Ext. 137
E-Mail



## Practice Summary

John F. O'Reilly is Chairman/CEO of the full service law firm, O'Reilly Law Group, LLC. Mr. O'Reilly's over 30 years of experience as an attorney includes a broad range of businesses, business transactions and business litigation including numerous multi-million dollar lawsuits. His accounting and business background are an asset to litigation clients as well as in business transactions and in resolving business issues. In addition, his experience with the public accounting firm of Ernst & Young, as Chairman of the Nevada Gaming Commission, as Chairman/CEO of a New York Stock Exchange Company and as a member of numerous boards of directors uniquely qualifies Mr. O'Reilly to address the multitude of legal issues that arise in the business world.

Mr. O'Reilly's experience in numerous areas of law including hospitality, gaming, tax, construction, insurance, labor, real estate, corporate and bankruptcy enables him to effectively lead the O'Reilly Law Group team of lawyers in providing a full range of legal services to their clients.

## Career Highlights

- Representation of numerous gaming, hospitality and entertainment companies including MGM Grand Hotel and Casino, Mandalay Resort Group, CasaBlanca Hotel-Casino-Golf-Spa, Westward Ho Motel & Casino, and EMI Music Publishing, as well as entertainers and athletes including Siegfried & Roy, MJJ Productions (Michael Jackson), Olivia Newton-John, Fats Domino, Liberace Estate and Mike Tyson.
- Representation as lead counsel for various parties in complex multi-district litigation.
- Representation in Indian Courts of various persons, including tribal members and contract vendors.
- Representation of Del Webb Corporation, American West Homes, Lewis Homes, American Nevada Corporation, and numerous other developers and contractors.
- Representation of Lake Las Vegas Resort, a $7 billion resort community involving development of residential, hotel, casino, restaurant and retail properties, private lake, golf courses and related entertainment facilities.
- Representation of various clients in mergers, acquisitions, purchases and sales of businesses and business entities.

## Professional Memberships

- American Trial Lawyers Association
- American Board of Trial Advocates
- Casino Management Association
- Commercial Law League of America

- International Association of Gaming Attorneys
- National Association of Industrial Office Parks
- Nevada Development Authority
- Nevada Taxpayers Association
- Nevada Trial Lawyers Association
- Southern Nevada Home Builders Association
- Urban Land Institute
- American Intellectual Property Law Association
- Nevada Police and Fire Emerald Society

## Professional Activities

- Member, Community Board of Directors, Wells Fargo Bank Nevada, N.A.
- Member, Board of Directors, Sierra Pacific Resources
- Member, Board of Trustees, LoyolaMarymount University
- Member, Board of Trustees, University of Nevada Las Vegas Foundation
- Member, Advisory Council, UNLV International Gaming Institute
- Member, Board of Directors, United Way of Southern Nevada
- Member, Advisory Board, Boys & Girls Clubs of Las Vegas
- Member, Advisory Board, Boy Scouts of America
- Member, Advisory Board, Catholic Community Services
- Past Chairman and Member, Board of Trustees, Las Vegas Chamber of Commerce and its influential Government Affairs Committee
- Founding Chairman and Chairman Emeritus, Nevada Test Site Development Corporation
- Past Chairman, Nevada Gaming Commission
- Former Member, Nevada Gaming Policy Committee
- Past Chairman, Governor's Health Care Systems Review Committee
- Past President and Member, Board of Directors, Nevada Federal Credit Union
- Past President, Clark County Bar Association
- Former President, Clark County Bar Association's Past Presidents Association
- Past Editor, Clark County Bar Association Communiqué Magazine
- Past President, Board of Regents, Bishop Gorman High School

## Bar Associations

American Bar Association
State Bar of Nevada
State Bar of Missouri
Clark County Bar Association

## Court Admissions

Missouri
U.S. Court of Military Appeals
Nevada and U.S. District Court
District of Nevada
U.S. Court of Appeals, 9th Circuit
U.S. Supreme Court

1/25/2016                                    John O'Reilly, Esq. - ADR Services, Inc.

U.S. Tax Court

## Education

University of Nevada Las Vegas, cum laude, M.B.A., 1974
St. Louis University School of Law, cum laude, J.D., 1969
St. Louis University, B.S.C., 1967

Back to Top

*This page was last modified in February 2012*

**Disclaimer:** *Please be advised that the contents of this web site and any other statements contained herein are for informational purposes only and are not intended to be represented as legal advice in any way.*

## Our Offices

**Download/Print:** [pdf format]
John O'Reilly, Esq. *Resume*
Nevada Panel
Nevada Panel with rates

LOS ANGELES    CENTURY CITY    SAN FRANCISCO    SILICON VALLEY    ORANGE COUNTY

SAN DIEGO    LAS VEGAS

© 1994 - 2013 ADR Services, Inc. All Rights Reserved.

 **Your Partner in Resolution**

ADR Home > Neutrals > Nevada > Erwin Paul Richitt, Esq.

# Erwin Paul Richitt, Esq.

Case Manager: Chelsea Mangel
Tel: (310) 201-0010 Ext. 137
E-Mail



## Professional Experience

2000 - present
**Alternative Dispute Resolution**, Limited to Alternative Dispute Resolution cases. Presently active in the Court Mandated Arbitration, the Nevada Supreme Court Settlement Judge Panel for the Short Trial Program. Conducted arbitrations and mediations for private attorneys, as requested. Adjunct Professor at the University of Phoenix teaching graduate courses in Conflict Management and in several law related subjects.

1992 - 2000
**Assistant Clinical Professor, UNLV**, Taught graduate and undergraduate courses in Environmental Law, Environmental Impact Analysis, Environmental Law & Policy, Land Use Management, Environmental Policy and Decision-making and Pollution Control Technology. **Principal investigator** for a Community Outreach project for the U.S. DOE. **Member of Technical and Advisory Review Boards** for U.S. DOE, Nevada Operations Office, U.S. DOD, Nellis AFB, Boyd School of Law, UNLV, and Community College of Southern Nevada. **Part-time consultant** with Professional Analysis Inc. (PAI) for energy & environmental legal/regulatory issues. Acted as a **facilitator** for PAI at the request of DOE for selected public meetings.

1984 - 2000
**Attorney.** Civil litigation practice in Las Vegas, Nevada, primarily focused on *personal medical malpractice, also including family law and contract litigation (commercial contracts & construction defect)*. From February 1988 through May 1, 1991, served as a **URESA, Family Support Master**, sitting on the bench Monday afternoons. During this time, hear more than **2000 cases**. Began as one of the original **Arbitrators** in the Nevada Bar and acted as an Arbitrator in the Court Annexed Arbitration Program, having conducted well over **350 cases** since the Program's inception. Has been an arbitrator/mediator for the State Bar Fee Dispute Committee since late 1999.

1972 - 1984
Scientist/Manager/Attorney with the Office of Research & Development of the U.S. EPA, in Washington, D.C., acting as **Special Technical Assistant to the Assistant Administrator for R&D** for program development, **regulatory development and enforcement.** Drafted selected **Regulations** for the Federal Clean Water Act. **Associate General Counsel for Bi-County Park & Planning Commission** in Maryland, providing **legal counsel** to the Commission and both County Boards and litigating land use and environmental law issues for the Commission. **Assistant Director of the Environmental Monitoring Systems Laboratory** in Las Vegas, Nevada, developing and implementing environmental monitoring systems and applying these systems in support of specific requests from the various EPA Regional Offices. These jobs reflect the overall types of experience throughout the 12+ years with the U.S. EPA and a local land use planning agency.

1961 - 1972

Civilian engineer/scientist with various U.S. Navy Departments. Work included **R&D engineering** at a leading Navy Weapons Laboratory, **Systems Engineer** for a Navy Submarine ASW missile and **Systems Manager** for Submarine ASW Weapons Systems.

## Education

1975    J.D., Catholic University of America, Washington, D.C.

1961    B.S., Aeronautical Engineering (Mechanical Minor), Catholic University of America, Washington, D.C.

Back to Top

**Disclaimer:** *Please be advised that the contents of this web site and any other statements contained herein are for informational purposes only and are not intended to be represented as legal advice in any way.*

**Our Offices**

**Download/Print:** [pdf format]
- Erwin Paul Richitt, Esq. Resume
- Nevada Panel
- Nevada Panel with rates

LOS ANGELES    CENTURY CITY    SAN FRANCISCO    SILICON VALLEY    ORANGE COUNTY

SAN DIEGO    LAS VEGAS

(c) 1994 - 2013 ADR Services, Inc. All Rights Reserved.


**Your Partner in Resolution**

ADR Home > Neutrals > Southern California > Alexander Robertson, Esq.

# Alexander Robertson IV, Esq.

Case Manager: Chelsea Mangel
Tel: (310) 201-0010 Ext. 137
E-Mail



Alexander Robertson IV, Esq. has a distinguished reputation in construction litigation in which he has represented both claimants and defendants for nearly two decades. Known as a "straight shooter", he has achieved a reputation for honesty, integrity and as someone who is able to quickly grasp complex technical issues given his hands on experience in the construction industry. These qualities make him the ideal choice when selecting a neutral for any construction dispute.

## Employment

Senior Partner, ROBERTSON & VICK, LLP
*November 2002-present*
Senior Partner of a multi-jurisdictional litigation practice that specializes in the representation of commercial and residential owners, homeowner associations, contractors, design professionals, public entities, casinos and hotels in construction defect, construction claims, real estate and toxic mold litigation

Managing Partner, ROBERTSON VICK & CAPELLA, LLP
*July 2001-November 2002*
Managing Partner of firm with a civil litigation practice that specialized in construction defect litigation, construction claims, real estate and toxic mold claims representing consumers, building owners, public entities and contractors.

Founding & Managing Partner, KNOPFLER & ROBERTSON, LLP
*January 1993 - June 2001*
Civil litigation practice that specialized in construction defect litigation, construction claims, real estate and toxic mold claims representing consumers, building owners, public entities and contractors. Prior to 2000 firm specialized in construction defect litigation on behalf of contractors, insurers, developers, subcontractors, design professionals and homeowners.

Founding Partner, NEGELE KNOPFLER PIERSON & ROBERTSON
*March 1987 - December 1992*
Founding partner in this civil litigation law firm that specialized in the defense of construction defect cases and related insurance matters.

Assistant General Manager, ALEX ROBERTSON COMPANY GENERAL CONTRACTORS
*Prior to 1986*
Mr. Robertson's experience includes estimating, field foreman, superintendent and manager of the Underground division for this $20 Million general construction company.

## Education

Pepperdine University School of Law, Malibu, CA

*Juris Doctor*, May 1986
Honors: Moot Court Honor Board, Pepperdine University School of Law

Pepperdine University, Malibu, CA
*Bachelor of Science*, Business Administration, December, 1982

## Awards and Honors

- AV Rating Martindale-Hubbell Law Directory
- Presidential Award of Merit; Consumer Attorneys of California, November 2000
- Trench's Soldier Award, Consumer Attorneys of California, March 2000

## Professional Qualifications

- Admitted to California Supreme Court, 1986
- Admitted to U.S. District Court, Central District, 1986
- Admitted to U.S. Claims Court, 1987
- Admitted to U.S. Court of Appeal, 9th Circuit, 1988
- Admitted to U.S. District Court, Northern District of California, 1989
- Admitted to U.S. District Court, Southern District of California, 1989
- Admitted to U.S. District Court, Eastern District of California, 1989
- Admitted to Colorado Supreme Court, 1997
- Admitted to Texas Supreme Court, 2000
- Admitted to Nevada Supreme Court, 2004

## Professional Affiliations

- Indoor Environmental Institute, Member (Legal Subcommittee and Joint IICRC IEI Mold Remediation Standard Committee), 2002
- Consumer Attorneys of California (CAOC), Board of Governors, State Co-Chair Construction Defect Committee (1999-2001)
- Consumer Attorneys Association of Los Angeles (CAALA)
- National Panel of Arbitrators, American Arbitration Association (Construction and Complex Case Panels)
- Community Associations Institute (CAI), Amicus Curiae Team, 1998-2000
- California Association of Community Managers (CACM)
- American Bar Association (ABA), Construction Law Forum Committee (1986-1990)
- Los Angeles County Bar Association
- Associated General Contractors of California, Underground Contractors Committee (1986-1990)
- Engineering Contractors Association (1986-1993)
- Southern California Contractors Association (1987-1993)
- American Trial Lawyers Association
- The Beavers (an honorary organization in the heavy engineering/construction industry) 1982-1996)

## Miscellaneous

Numerous media appearances, articles and lectures.

Back to Top

1/25/2016 — Alexander Robertson IV, Esq. - ADR Services, Inc.

*This page was last modified in February 2012*

**Disclaimer:** *Please be advised that the contents of this web site and any other statements contained herein are for informational purposes only and are not intended to be represented as legal advice in any way.*

## Our Offices

**Download/Print:** [pdf format]

[pdf] Alexander Robertson, Esq. Resume

[pdf] Southern California Panel

[pdf] Southern California Panel with rates

LOS ANGELES    CENTURY CITY    SAN FRANCISCO    SILICON VALLEY    ORANGE COUNTY

SAN DIEGO    LAS VEGAS

© 1994 - 2013 ADR Services, Inc. All Rights Reserved.