# Exhibit 2

 

Home   About Us   Offices   Contact   Jobs

**Neutrals & Resumés**

Specialty Panels

Southern California

Northern California

**Nevada**

Rates & Fee Schedule

Processes

Rules

Disclosures

Forms

FAQ

Submit an Inquiry

Submit Feedback

CLE Program



ADR Home > Specialty Panels > Nevada

# Nevada Specialty Panels

Commercial Contract / General Business
Complex Litigation
Construction
Employment
Family Law
Gaming
Insurance

Medical Malpractice
Personal Injury
Products Liability
Real Estate
Securities
Special Master
Toxic Mold

**Our Offices**

- LOS ANGELES
- CENTURY CITY
- SAN FRANCISCO
- SILICON VALLEY
- ORANGE COUNTY
- SAN DIEGO
- LAS VEGAS

Back to Top

**Disclaimer:** *Please be advised that the contents of this web site and any other statements contained herein are for informational purposes only and are not intended to be represented as legal advice in any way.*

© 1994 - 2013 ADR Services, Inc. All Rights Reserved.   Home  |  About Us  |  Links  |  Offices  |  Contact  |  Jobs  |  Site Map  |  ADRS

Web Site Development by Program This! Web Solutions