# Exhibit 7

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

AMA MULTIMEDIA, LLC
a Nevada limited liability company,
    Plaintiff,

v.

BORJAN SOLUTIONS, S.L. d/b/a
SERVIPORNO, a Spanish company; and
BORJAN MERA URRESTARAZU,
an individual,
    Defendants.

Case No. 2:15-cv-01673-JCM-(GWF)

**[PROPOSED] ORDER ON MOTION TO COMPEL ARBITRATION**

This cause came before the Court upon Plaintiff AMA Multimedia, LLC's Motion to Compel Arbitration and this Court, having reviewed the Motion as well as the Defendants' Response to Plaintiff's Motion to Compel Arbitration, and being otherwise fully advised in the premises, hereby

FINDS, ORDERS, AND ADJUDGES:

1. That Plaintiff's Motion to Compel Arbitration is ALLOWED, subject to the provisions of this Order;

2. That Causes 1 through 8 of the Amended Complaint are hereby dismissed as the claims raised by the Plaintiffs' Amended Complaint are subject to an enforceable arbitration agreement;

3. That if Plaintiff AMA Multimedia, LLC ("AMA") chooses to proceed with its dispute against the Defendants, that it initiate arbitration with JAMS or the American Arbitration Association, with the arbitrator to be selected by the chosen organization pursuant to its rules for

1

the selection of arbitrators where the parties have not mutually agreed upon a specific arbitrator; and

    4.    AMA shall provide the arbitration panel selected with a copy of this Order and inform the selected arbitrator that this Court has *not* ruled on, or expressed any position concerning, the question of whether AMA has satisfied the conditions precedent necessary to file for arbitration, leaving the resolution of that question in the first instance to the arbitrator.

    DONE AND ORDERED in Chambers at Las Vegas, Nevada this ___ day of _____, 2016.

                                                      _____
                                                      James C. Mahan
                                                      UNITED STATES DISTRICT JUDGE