JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702-791-0308
Facsimile: 702-791-1912
Email: jboyle@nevadafirm.com

VALENTIN D GURVITS (*pro hac vice application forthcoming*)
MATTHEW SHAYEFAR (*pro hac vice application forthcoming*)
BOSTON LAW GROUP, PC
825 Beacon Street, Suite 20
Newton Centre, Massachusetts 02459
Telephone: 617-928-1804
Facsimile: 617-928-1802
Email: vgurvits@bostonlawgroup.com
Email: matt@bostonlawgroup.com

EVAN FRAY-WITZER (*pro hac vice application forthcoming*)
CIAMPA FRAY-WITZER, LLP
20 Park Plaza, Suite 505
Boston, Massachusetts 02116
Telephone: 617-426-0000
Facsimile: 617-507-8043
Email: evan@CFWLegal.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| AMA MULTIMEDIA, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BORJAN SOLUTIONS, S.L. d/b/a SERVIPORNO, a Spanish company; and BORJAN MERA URRESTARAZU, an individual,<br><br>Defendants. | Case No. 2:15-cv-01673-JCM-(GWF)<br><br>**NOTICE OF MANUAL FILING OF COLOR EXHIBITS 1, 2 AND 3 TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL ARBITRATION** |

Defendants Borjan Solutions, S.L. and Borjan Mera Urrestarazu (collectively, "Borjan"), by and through their undersigned counsel, hereby submit this Notice of Manual Filing of Color Exhibits 1, 2 and 3 to Defendants' Response to Plaintiff's Motion to Compel Arbitration. Borjan hereby manually files Color Exhibits 1, 2 and 3 to Defendants' Response to Plaintiff's Motion to Compel Arbitration.

DATED this 26th day of January, 2016.

**HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON**

/s/ James D. Boyle
JAMES D. BOYLE, ESQ.
Nevada Bar No. 08384
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

**CIAMPA FRAY-WITZER, LLP**

Evan Fray-Witzer, Esq. (*pro hac vice forthcoming*)
20 Park Plaza, Suite 505
Boston, Massachusetts 02116

**BOSTON LAW GROUP, PC**

Valentin Gurvits, Esq. (*pro hac vice forthcoming*)
Matthew Shayefar, Esq. (*pro hac vice forthcoming*)
825 Beacon Street, Suite 20
Newton, Massachusetts 02459

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that I caused the document entitled **NOTICE OF MANUAL FILING OF COLOR EXHIBITS 1, 2 AND 3 TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL ARBITRATION** to be electronically filed and served this 26th day of January, 2016 to the following:

| Attorneys of Record | Parties Represented | Method of Service |
|---|---|---|
| Marc J. Randazza, Esq.<br>Ronald D. Green, Esq.<br>Randazza Legal Group<br>3625 South Town Center Drive<br>Suite 150<br>Las Vegas, Nevada 89135<br>ecf@randazza.com | AMA Multimedia, LLC | ☐ Personal Service<br>■ Email/E-File<br>☐ Fax Service<br>■ Mail Service |

DATED this 26th day of January, 2016.

_____
An Employee of Holley Driggs Walch Fine Wray Puzey & Thompson

3