RANDAZZA LEGAL GROUP, PLLC
Marc J. Randazza (NV Bar No. 12265)
Ronald D. Green (NV Bar No. 7360)
4035 S. El Capitan Way
Las Vegas, NV 89147
Telephone: 702-420-2001
Facsimile: 305-437-7662
ecf@randazza.com

*Attorneys for Plaintiff,*
*AMA Multimedia, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AMA MULTIMEDIA, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BORJAN SOLUTIONS, S.L. d/b/a SERVIPORNO, a Spanish company; and BORJAN MERA URRESTARAZU, an individual,<br><br>Defendants. | Case No.: 2:15-cv-01673-JCM-GWF<br><br>**NOTICE OF CHANGE OF ADDRESS** |

Attorneys Marc J. Randazza and Ronald D. Green file this Notice of Change of Address in the above-captioned case.  All future pleadings, motions, memoranda, correspondence, orders, etc. shall be sent to:

>Randazza Legal Group, PLLC
>4035 S. El Capitan Way
>Las Vegas, Nevada 89147

/ /

/ /

Dated this 1st day of February, 2016.

    Respectfully Submitted,

    /s/ Marc J. Randazza
    Marc J. Randazza
    Nevada Bar No. 12265
    Ronald D. Green
    Nevada Bar No. 7360
    RANDAZZA LEGAL GROUP, PLLC
    4035 S. El Capitan Way
    Las Vegas, NV 89147
    Tel: (702) 420-2001
    Fax: (702) 420-2003
    ecf@randazza.com

    Case No. 2:15-cv-01673-JCM-GWF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 1, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

    Respectfully Submitted,

    Employee,
    Randazza Legal Group, PLLC