# EXHIBIT 2

Bongiovi Dispute Resolutions LLC

Practice Areas/Fees



## *Practice Areas/Fees*



## The Firm and its Services and Fees

### Mediation and Arbitration

Recognized by U.S. News and World Report as one of the "Best Law Firms" in America, Bongiovi Dispute Resolutions is an ADR provider owned and operated by Joseph J. Bongiovi III.

Mr. Bongiovi and Mrs. Erin Lee Truman make up BDR's panel of neutrals. They perform mediations, early neutral evaluations and arbitrations for cases and claims in the following areas:

- Personal Injury/Wrongful Death

- Insurance Coverage/Bad Faith
- Product Liability
- Professional Malpractice
- Premises Liability
- Commercial/Business
- Real Estate
- Intellectual Property
- Employment

The only cases and claims not handled by BDR are domestic, construction defect and foreclosure matters.

## Fees

Mr. Bongiovi's fee for mediation and arbitration is $500 per hour outside of New York City.  In New York City, the rate is $600 per hour.  There are no administrative fees in either instance.

For proceedings held outside Las Vegas, Mr. Bongiovi's travel time is billed at $175 per hour and travel expenses and lodging are billed at cost.

Mrs. Truman's fee for mediation and arbitration is $350 per hour.  There are no administrative fees.

For proceedings held outside Las Vegas, Mrs. Truman's travel time is billed at $175 per hour and travel expenses and lodging are billed at cost.

## Cancellations

For both Bongiovi and Truman, matters cancelled or continued within two weeks of the scheduled date will be billed for the neutral's time on the matter to date.

--------------------------------------------------------------------------------

Administrative Office: 2807 Middle Earth Street Las Vegas, Nevada 89135 | Mediation/Hearing Office: 9510 W. Sahara Avenue, Suite 225 Las Vegas, Nevada 89117

Telephone: (702) 889-4600 • Email: kathy@bongiovi.com • Fax: (702) 364-2092

Home     Practice Areas/Fees     Panel     Past Clients     Offices/Lodging     Briefing

© Copyright 2016 All rights reserved. Attorney Websites by Law Firm Sites