# <u>EXHIBIT 3</u>

Ara Shirinian Mediation



# ARA SHIRINIAN
### MEDIATION

**PRACICE LIMITED TO ALTERNATIVE DISPUTE RESOLUTION**

**MR. SHIRINIAN CONDUCTS OVER 200 ARBITRATIONS AND MEDIATIONS
A YEAR, AND HAS CONDUCTED WELL OVER 2,000 MEDIATIONS AND
ARBITRATIONS**

## QUALIFICATIONS:

- Over 200 mediations & arbitrations a year
- Nevada Supreme Court Settlement Judge
- Judge Pro Tempore, Clark County District Court
- Judge Pro Tempore, Las Vegas Justice Court
- Clark County District Court Arbitrator & Mediator
- Clark County Bar Association Arbitrator & Mediator
- Nevada Department of Real Estate Arbitrator & Mediator
- Bar Register of Preeminent Lawyers (A-V rated)
- Super Lawyers–Mountain States (Alt. Dis. Res.)
- Super Lawyers–Corporate Counsel Ed. (Alt. Dis. Res.)
- Vegas, Inc. Top Lawyers
- Experienced trial attorney

## BAR MEMBERSHIPS:

| | |
|---|---|
| December 1981 | **California State Bar** |
| December 1981 | **Supreme Court of the State of California** |
| December 1981 | **United States District Court, Northern District of California** |
| September 1982 | **United States District Court, Eastern District of California** |
| February 1982 | **United States Court of Appeals – Ninth District** |
| July 1986 | **United States Supreme Court** |
| February 1987 | **United States District Court, Central District of California** |
| October 1996 | **Nevada State Bar** |
| March 1997 | **United States District Court, District of Nevada** |

**REPRESENTATIVE LAW FIRMS ON WHOSE BEHALF MEDIATIONS CONDUCTED:**

Aaron & Paternoster
Adams Law Group
Albright, Stoddard, Warnick & Albright
Aldrich Law Firm
Alverson, Taylor, Mortensen, Nelson & Sanders
Angius & Terry
Arin & Associates
Armstrong Teasdale
Asberom & Brown
Atkin, Winner & Sherrod
Bailey Kennedy
Bell & Young
Benson & Bingham
Benson, Bertoldo, Baker & Carter
Bowler, Dixon & Twitchell
Boyack & Beck
Brownstein Hyatt Farber & Schreck
Bullivant Houser Bailey
Callister & Associates
Campbell & Williams
Cap & Kudler
Christensen Law Offices
Christiansen Law Offices
Cisneros Clayson & Marias
Cohen, Johnson & Day
John H. Cotton & Associates
Dempsey, Roberts & Smith
Dennett Winspear
Dixon, Truman, Fisher & Clifford
Doberstein & Associates
Law Offices of Lee A. Drizen
Ellis & Gordon
Fennemore Craig
Flangas McMillan Law Group
Gazda & Tadayon
Gordon & Rees
Gordon & Silver
Graziadei & Cantor
Greenberg Traurig
Greenman, Goldberg, Raby & Martinez
Hall, Jaffe, Clayton

Law Offices of Melissa P. Harris
Harrison, Kemp, Jones & Coulthard
Holland & Hart
Hutchinson & Steffen
Jolley, Urga, Wirth, Woodbury & Standish
Jones Vargas
Kajioka & Bloomfield
Kolesar & Leatham
Kravitz, Schnitzer & Sloane
Lacquer, Urban, Clifford & Hodge
Law Offices of James J. Lee
Law Offices of John Peter Lee
Laxalt & Nomura
Lewis & Roca
Lewis, Brisbois Bisgaard & Smith
Lionel, Sawyer & Collins
Marquis, Aurbach & Coffing
McCormick, Barstow, Sheppard, Wayte & Carruth
McDonald Carano Wilson
Moran Law Firm
Olson, Cannon, Gormley & Desruisseaux
Parker, Nelson & Associates
Parson, Behle & Latimer
Pearson, Patton, Shea, Foley & Kurtz
Peel Brimley
Phillips, Spallas & Angstadt
Pisanelli Bice
Porter & Terry
Prince & Keating
Pyatt, Silvestri & Hanlon
Rogers, Mastrangelo, Carvalho & Mitchell
Royal, Jones, Miles Dunkley & Wilson
Santoro, Driggs, Walch, Kearney, Holley & Thompson
Snell & Wilmer
Shook & Stone
Stephens, Gourley & Bywater, P.C.
Stephenson & Dickinson
Thorndal, Armstrong Delk, Balkenbush, & Eisinger
Wilson, Elser, Moskowitz, Edelman & Dicker
Wood, Smith, Henning & Berman
Wright & Weiner

**FEES**
$425 per hour