# **EXHIBIT 5**

ADR Services, Inc.

Nevada Mediation & Arbitration Panel



# NEVADA
## *MEDIATION & ARBITRATION PANEL*

### RETIRED JURISTS

Hon. **ROBERT LETTEAU** (Ret.)
Hon. **LEONARD GANG** (Ret.)
Hon. **ROBERT GASTON** (Ret.)
Hon. **ENRIQUE ROMERO** (Ret.)

### ATTORNEYS

**ERIC DOBBERSTEIN,** Esq.
**BRUCE FRIEDMAN,** Esq.
**CARY MILLER,** Esq.
**JOHN O'REILLY,** Esq.
**STEVEN PEARL,** Esq.
**ERWIN PAUL RICHITT,** Esq.
**ALEXANDER ROBERTSON,** Esq.
**RALPH WILLIAMS,** Esq.

3370 Howard Hughes Parkway, Suite 300  Las Vegas, Nevada 89169

| San Francisco | Silicon Valley | Century City | Downtown LA | Orange County | San Diego | |
|---|---|---|---|---|---|---|
| 415-772-0900 | 408-293-1113 | 310-201-0010 | 213-683-1600 | 949-863-9800 | 619-233-1323 | www.ADRSERVICES.org |