# **EXHIBIT 6**

Hon. Enrique Romero



# HON. ENRIQUE ROMERO
## Los Angeles County Superior Court
### (Retired)



**JUDICIAL OFFICES HELD**

**1992 - 1999:**   *Superior Court Judge, Los Angeles County*
Assignments included: Individual Calendar, Central Civil; Supervising Judge of the South Central District; Family Law, Probate, Master Civil Calendar, Law and Motion Calendar Assignments in South Central District. As a Superior Court Judge, Judge Romero sat in various committees, including the Executive Committee, the Supervising Judges' Committee, the Bench/Bar Local Rules Committee, and the Complex Construction Defects Task Force.

**1988 – 1991:**   *Municipal Court Judge, Los Angeles*
In addition, Judge Romero served in a number of Judicial Council committees, including the Civil and Small Claims Advisory Committee to the Judicial Council, and participated in a number of educational seminars for judges sponsored by the Judicial Council.

**AREAS OF EXPERTISE**

For the past 15 years, Judge Romero has settled thousands of cases averaging between $300 million - $500 million in settlements each year. Judge Romero has extensive experience in, among other areas, environmental insurance coverage cases, eminent domain, all aspects of wrongful termination, product liability cases, massive toxic tort litigation, class actions, complex business litigation, intellectual property, entertainment law, complex construction defects cases, insurance coverage and bad faith, legal, accounting and medical malpractice, police misconduct, civil rights litigation and complex business dissolution cases. As a judge, Judge Romero conducted settlements in other states besides California and in the United Kingdom in cases involving Lloyds of London.

**LEGAL EXPERIENCE**

Assistant United States Attorney in the Office of the United States Attorney for the Central District of California; Special Assistant United States Attorney for the Southern District of Florida; Special Assistant to the Deputy Assistant Attorney General, Civil Rights Division of the United States Department of Justice; Trial Attorney, Criminal Section of the Civil Rights Division, United States Department of Justice; civil practice in San Francisco. As an attorney, Judge Romero tried over 70 jury trials in federal courts throughout the United States and handled over 30 appeals before the United States Ninth Circuit Court of Appeals.

**EDUCATION**

GEORGETOWN UNIVERSITY LAW CENTER, Master of Laws in Taxation (1980)
UNIVERSITY OF SAN FRANCISCO LAW SCHOOL, J.D. (1976)
UCLA, Master of Public Administration, (1970)
UCLA, B.A. (Spanish), (1969)
UCLA, B.A. (History), (1968)

**HONORS/AWARDS**

2001 – 2013     *Daily Journal* **"Top Neutral"**

2005 – 2010     The Hollywood Reporter   ***"Entertainment Power Mediator"***