# **EXHIBIT 8**

Anat Levy, Esq.

# ANAT LEVY, ESQ.

Beverly Hills Office:  8840 Wilshire Blvd., 3rd Fl., Beverly Hills, CA  90211
Las Vegas Office:  5841 E Charleston Blvd, Suite 230, PMB# 421, Las Vegas, NV  89142
For Both Offices:  Cell: (310) 621-1199 • Fax: (310) 734-1538 • Email:  alevy96@aol.com

## SUMMARY

Twenty-seven years entertainment and intellectual property attorney experience.  Worked at a large firm and as in-house counsel for major studios.  Runs own firm since 2000 representing distributors, producers, post-production, on-line companies and talent in all aspects of business and entertainment transactional work.  Also handled four multi-million dollar business and consumer class action litigation cases.  Co-founded production company that has optioned two television series to networks and acquired and developed a slate of projects.  Extensive entertainment arbitration and mediation experience.  Admitted to practice law in California and Nevada.

## PROFESSIONAL EMPLOYMENT

**Anat Levy & Associates, PC, Beverly Hills, CA and Las Vegas, NV**
2000 to Present
Principal Attorney
- Handle all aspects of motion picture distribution, development, production, transactional and litigation work, including music licensing and clearance.
- Handle large non-entertainment business and consumer class litigation.
- Represent studios, producers, distributors, businesses, individuals.
- Clients include MGM, Miramax, Playboy, DigitalFilm Tree, ScreamFest Horror Festival, and others.

**LeTo Entertainment, LLC**, **Los Angeles, CA**
2001 to Present
Principal Member
- Acquire and develop television and theatrical projects
- Feature Documentary and Television work.
- TV commercial, corporate image, behind the scenes and radio commercial work.

**Paramount Pictures Corporation, Hollywood, CA**
1999 to 2000
Executive Director, Business & Legal Affairs Worldwide Home Entertainment
- Negotiated and drafted video revenue sharing agreements, marketing, promotion and publicity agreements, advised home video executive on a broad range of issues.
- Represented Paramount on the MPAA's Anti-Piracy Litigation Committee supervising copyright litigation worldwide.
- Represented Paramount on the cross-industry Content Protection Group for protection of digital content transmitted over digital hardware and software.
- Provided input to Washington DC office on legislative and regulatory matters.
- Supervised the collection of international video and private copy levies worldwide.

**Katten Muchin Zavis &Weitzman / Wyman Bautzer Kuchel & Silbert, Los Angeles, CA**
1987 to 1991
Associate Attorney
- Participated in all aspects of business and entertainment litigation.
- Represented motion picture studios, businesses, insurers.

## ADDITIONAL PROFESSIONAL EXPERIENCE

- **Entertainment Law Section, State Bar of Nevada** – Chair -- 7/2014 to present
- **Independent Film & Television Alliance** – Arbitrator, Mediator -- 2001 to Present

# ANAT LEVY, ESQ.
(310) 621-1199; alevy96@aol.com

- **Los Angeles Superior Court** – Arbitrator, Mediator, Judge Pro Tem – 1999 to 2009
- **Beverly Hills Bar Association** – Arbitrator -- 2001 to 2010
- **Speaking Engagements:**
    - "Basics of Copyright" panelist - spoke on segment entitled "Protecting Electronic Media and Online Content"
    - Moderator on panel entitled "What's the Latest in Digital Rights Management?"
    - Lecturer on "Intellectual Property Issues in the Digital Age"
    - Speaker at Symposium entitled "Issues of Archiving and Media Production, New Paradigm for the Digital Age;"
    - Speaker at conference entitled "Accelerating Change in the Information Economy" hosted by UCLA's Anderson Graduate School of Management.

## EDUCATION

**UCLA School of Law**
JD, 1986
- Externed for Justice Stephen Reinhardt, Ninth Circuit Court of Appeals
- Interned for Bet Tzedek Legal Services
- Named 1986 Best Third Year Advocate in Moot Court Honors Program
- Entertainment Law Society

**University of California, Berkeley**
A.B., Political Science, 1983
- Dean's List
- Berkeley Own Recognizance Program
- Renter's Assistance Program for Students
- Berkeley Pre-Law Society

## ADMISSIONS

State Bar of California – 1987 (includes U.S. District Courts, Eastern and Southern Districts of California)
State Bar of Nevada – 2011

## FOREIGN LANGUAGES
Fluent French; some Hebrew

References available on request.