# EXHIBIT 9

American Arbitration Association

Contact Us

Nevada

**SIGN IN** | **REGISTER**



About ▪ Careers ▪ News ▪ Events ▪ Contact Us       Search

| Rules & Forms | Areas of Expertise | Services | Arbitrators & Mediators | Education & Resources |

**File & Manage a Case**

Home > Contact Us

# Contact Us

Is your question about an International or US matter?   | Help me choose. >

United States >    | International >

Request for Proposal / Presentation

Submit an Inquiry / Feedback

Media Relations

**Complex or Large Case Questions**
Click on a state or a country for senior staff ADR experts' contact information.

**General Questions & Inquiries**

ADR.org Registration Log-on Issues
Click Here.

Customer Service
800.778.7879
9:00 AM EST - 8:00 PM EST
Monday through Friday

Contact Customer Support for a Particular Area

ICDR within the United States
212.484.4181 or 888.855.9575

ICDR outside the United States
212.484.4181

Labor & Employment Support
888.774.6904

Elections Customer Support
800.273.0726

New York Auto Insurance ADR Center
917.438.1660
Website: https://nysinsurance.adr.org

New York Insurance Case Management Center
917.438.1500

Minnesota Automobile No-Fault Arbitration
612.332.6545

### Nevada

**AAA Case Management Center**
45 E River Park Place W
Suite 308
Fresno, CA 93720

Phone: 559.490.1900
Fax: 855.433.3046

Jeffrey Garcia
Vice President, Commercial and Construction Case Management
Email: garciaj@adr.org

Patrick Tatum
Director, Labor, Employment, Elections
Email: tatump@adr.org

Steven K. Andersen, Esq.
Vice President, International
Phone:+1.619.813.2889
Email: andersens@adr.org

Cathe Stewart
Director, Consumer
Phone:559.490.1840
Email: stewartc@adr.org


John English
Vice President, Labor, Employment, Elections
Phone:619.239.3051
Email: englishj@adr.org


Michael Powell
Vice President, Construction, Real Estate and Environmental
Phone:213.362.1900
Fax:213.623.9134
Email: powellm@adr.org


Lance Tanaka
Vice President, Commercial
Phone:303.831.0824
Fax:855.267.4082
Email: tanakal@adr.org


Education Services ▪ Neutrals eCenter® ▪ Mediation.org ▪ NY Insurance Programs

©2016 American Arbitration Association.   Contact Us  |  Privacy Policy  |  Terms of Use

