# EXHIBIT 11

ADR Services, Inc.

Nevada Arbitration & Mediation Panel

Fees



# NEVADA
## *MEDIATION & ARBITRATION PANEL*

### RETIRED JURISTS

Hon. **ROBERT LETTEAU** (Ret.)  **$475**/hr
Hon. **LEONARD GANG** (Ret.)  **$350**/hr
Hon. **ROBERT GASTON** (Ret.)  **$350**/hr
Hon. **ENRIQUE ROMERO** (Ret.)  **$675**/hr

### ATTORNEYS

**ERIC DOBBERSTEIN,** Esq.  **$350**/hr
**BRUCE FRIEDMAN,** Esq.
$3,000 half-day/$5,000 full day
**CARY MILLER,** Esq.  **$450**/hr
**JOHN O'REILLY,** Esq.  **$450**/hr
**STEVEN G. PEARL,** Esq.
$3,000 half-day/$5,000 full day/$6,000 Class Action
**ERWIN PAUL RICHITT,** Esq.  **$350**/hr
**ALEXANDER ROBERTSON,** Esq.  **$400**/hr
**RALPH WILLIAMS,** Esq.
$4,000 half-day/$6,000 full day

3370 Howard Hughes Parkway, Suite 300  Las Vegas, Nevada 89169