**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AMA MULTIMEDIA, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BORJAN SOLUTIONS, S.L. d/b/a SERVIPORNO, a Spanish company; and BORJAN MERA URRESTARAZU, an individual,<br><br>Defendants. | Case No.: 2:15-cv-01673-JCM-GWF<br><br>**DECLARATION OF TREY A. ROTHELL** |

I, Trey A. Rothell, declare:

1. I am over 18 years of age and have never been convicted of a crime involving fraud or dishonesty. I am employed as a paralegal for Randazza Legal Group, PLLC. I have first hand knowledge of the facts set forth herein, and if called as a witness, could and would testify competently thereto.

2. On February 2, 2016 at approximately 3:58 PM Pacific Time, at the offices of Randazza Legal Group, PLLC, 4035 S. El Capitan Way, Las Vegas, NV 89147, I navigated to the Uniform Resource Locator ("URL") <http://www.adrservices.org/pdf/ADR%20ARBITRATION%20RULES%20(5)%20update%207-14-10.pdf> on the Internet using the web browser Google Chrome on an Apple MacBook Air laptop running OS X El Capitan

1  operating system. At that URL, I observed a PDF document entitled
2  "Arbitration Rules." Immediately upon observing the PDF file at that URL, I
3  saved a copy of the document to the hard drive of my computer and to
4  Randazza Legal Group's server. A true and correct copy of the PDF file
5  that I observed at that URL is attached as **<u>Exhibit 1</u>** to the Reply In Support
6  of Motion to Compel Arbitration filed herewith.

7  3.  On February 2, 2016 at approximately 4:03 PM Pacific Time, at the offices
8  of Randazza Legal Group, PLLC, 4035 S. El Capitan Way, Las Vegas, NV
9  89147, I navigated to the Uniform Resource Locator ("URL")
10  <http://bongiovi.com/practice-areasfees/> on the Internet using the web
11  browser Google Chrome on an Apple MacBook Air laptop running OS X El
12  Capitan operating system. At that URL, I observed a webpage entitled
13  "Practice Areas/Fees." Immediately upon observing the webpage at that
14  URL, I saved a PDF image of the webpage to the hard drive of my
15  computer and to Randazza Legal Group's server. A true and correct
16  copy of the PDF file that I observed at that URL is attached as **<u>Exhibit 2</u>** to
17  the Reply In Support of Motion to Compel Arbitration filed herewith.

18  4.  On February 2, 2016 at approximately 4:04 PM Pacific Time, at the offices
19  of Randazza Legal Group, PLLC, 4035 S. El Capitan Way, Las Vegas, NV
20  89147 I navigated to the Uniform Resource Locator ("URL")
21  <http://www.nadn.org/PDF/Ara-Shirinian.pdf> on the Internet using the
22  web browser Google Chrome on an Apple MacBook Air laptop running
23  OS X El Capitan operating system. At that URL, I observed a PDF
24  document entitled "Ara Shirinian Mediation." Immediately upon
25  observing the PDF file at that URL, I saved a copy of the document to the
26  hard drive of my computer and to Randazza Legal Group's server. A true
27  and correct copy of the PDF file that I observed at that URL is attached as

1  **Exhibit 3** to the Reply In Support of Motion to Compel Arbitration filed herewith.

5. On February 2, 2016 at approximately 4:05 PM Pacific Time, at the offices of Randazza Legal Group, PLLC, 4035 S. El Capitan Way, Las Vegas, NV 89147, I navigated to the Uniform Resource Locator ("URL") <http://www.nadn.org/PDF/Joe-Bongiovi.pdf> on the Internet using the web browser Google Chrome on an Apple MacBook Air laptop running OS X El Capitan operating system. At that URL, I observed a PDF document entitled "Bongiovi Dispute Resolutions." Immediately upon observing the PDF file at that URL, I saved a copy of the document to the hard drive of my computer and to Randazza Legal Group's server. A true and correct copy of the PDF file that I observed at that URL is attached as **Exhibit 4** to the Reply In Support of Motion to Compel Arbitration filed herewith.

6. On February 2, 2016 at approximately 4:05 PM Pacific Time, at the offices of Randazza Legal Group, PLLC, 4035 S. El Capitan Way, Las Vegas, NV 89147, I navigated to the Uniform Resource Locator ("URL") <http://www.adrservices.org/pdf/JAMP%20(Vegas)%208.07.pdf> on the Internet using the web browser Google Chrome on an Apple MacBook Air laptop running OS X El Capitan operating system. At that URL, I observed a PDF document entitled "ADR Services, Inc. Nevada Mediation & Arbitration Panel." Immediately upon observing the PDF file at that URL, I saved a copy of the document to the hard drive of my computer and to Randazza Legal Group's server. A true and correct copy of the PDF file that I observed at that URL is attached as **Exhibit 5** to the Reply In Support of Motion to Compel Arbitration filed herewith.

7. On February 2, 2016 at approximately 4:06 PM Pacific Time, at the offices of Randazza Legal Group, PLLC, 4035 S. El Capitan Way, Las Vegas, NV 89147, I navigated to the Uniform Resource Locator ("URL") <http://www.adrservices.org/pdf/Romero,%20Enrique.pdf> on the Internet using the web browser Google Chrome on an Apple MacBook Air laptop running OS X El Capitan operating system. At that URL, I observed a PDF document entitled "Hon. Enrique Romero." Immediately upon observing the PDF file at that URL, I saved a copy of the document to the hard drive of my computer and to Randazza Legal Group's server. A true and correct copy of the PDF file that I observed at that URL is attached as **Exhibit 6** to the Reply In Support of Motion to Compel Arbitration filed herewith.

8. On February 2, 2016 at approximately 4:07 PM Pacific Time, at the offices of Randazza Legal Group, PLLC, 4035 S. El Capitan Way, Las Vegas, NV 89147, I navigated to the Uniform Resource Locator ("URL") <http://www.ifta-online.org/ifta-panel-arbitrators> on the Internet using the web browser Google Chrome on an Apple MacBook Air laptop running OS X El Capitan operating system. At that URL, I observed a webpage entitled "IFTA Panel of Arbitrators." Immediately upon observing the webpage at that URL, I saved a PDF image of the webpage to the hard drive of my computer and to Randazza Legal Group's server. A true and correct copy of the webpage that I observed at that URL is attached as **Exhibit 7** to the Reply In Support of Motion to Compel Arbitration filed herewith.

9. On February 2, 2016 at approximately 4:07 PM Pacific Time, at the offices of Randazza Legal Group, PLLC, 4035 S. El Capitan Way, Las Vegas, NV 89147, I navigated to the Uniform Resource Locator ("URL")

<http://www.ifta-online.org/sites/default/files/Levy_0.pdf> on the Internet using the web browser Google Chrome on an Apple MacBook Air laptop running OS X El Capitan operating system. At that URL, I observed a PDF document entitled "Anat Levy, Esq." Immediately upon observing the PDF file at that URL, I saved a copy of the document to the hard drive of my computer and to Randazza Legal Group's server. A true and correct copy of the PDF file that I observed at that URL is attached as **Exhibit 8** to the Reply In Support of Motion to Compel Arbitration filed herewith.

10. On February 2, 2016 at approximately 4:09 PM Pacific Time, at the offices of Randazza Legal Group, PLLC, 4035 S. El Capitan Way, Las Vegas, NV 89147, I navigated to the Uniform Resource Locator ("URL") <https://www.adr.org/aaa/faces/s/contact/us?state=NV&name=Nevada&_afrLoop=69383781686768&_afrWindowMode=0&_afrWindowId=kv69ifzjw_248#%40%3F_afrWindowId%3Dkv69ifzjw_248%26_afrLoop%3D69383781686768%26state%3DNV%26name%3DNevada%26_afrWindowMode%3D0%26_adf.ctrl-state%3Dkv69ifzjw_292> on the Internet using the web browser Google Chrome on an Apple MacBook Air laptop running OS X El Capitan operating system. At that URL, I observed a webpage entitled "Contact Us." Immediately upon observing the webpage at that URL, I saved a PDF duplicate of the webpage to the hard drive of my computer and to Randazza Legal Group's server. A true and correct copy of the webpage that I observed at that URL is attached as **Exhibit 9** to the Reply In Support of Motion to Compel Arbitration filed herewith.

11. On February 2, 2016 at approximately 4:10 PM Pacific Time, at the offices of Randazza Legal Group, PLLC, 4035 S. El Capitan Way, Las Vegas, NV 89147, I navigated to the Uniform Resource Locator ("URL") <https://www.citizen.org/documents/ACF110A.PDF> on the Internet using

the web browser Google Chrome on an Apple MacBook Air laptop running OS X El Capitan operating system.  At that URL, I observed a PDF document entitled "The Costs of Arbitration."  Immediately upon observing the PDF file at that URL, I saved a copy of the document to the hard drive of my computer and to Randazza Legal Group's server.  A true and correct copy of the PDF file that I observed at that URL is attached as **Exhibit 10** to the Reply In Support of Motion to Compel Arbitration filed herewith.

12. On February 2, 2016 at approximately 4:11 PM Pacific Time, at the offices of Randazza Legal Group, PLLC, 4035 S. El Capitan Way, Las Vegas, NV 89147, I navigated to the Uniform Resource Locator ("URL") <https://www.citizen.org/documents/ACF110A.PDF> on the Internet using the web browser Google Chrome on an Apple MacBook Air laptop running OS X El Capitan operating system.  At that URL, I observed a PDF document entitled "ADR Services, Inc. Nevada Mediation & Arbitration Panel."  Immediately upon observing the PDF file at that URL, I saved a copy of the document to the hard drive of my computer and to Randazza Legal Group's server.  A true and correct copy of the PDF file that I observed at that URL is attached as **Exhibit 11** to the Reply In Support of Motion to Compel Arbitration filed herewith.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.  Executed on February 2, 2016, in Las Vegas, Nevada.

_____
Trey A. Rothell