# **EXHIBIT 1**

Declaration of
Adam Silverman

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AMA MULTIMEDIA, LLC, a Nevada limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>BORJAN SOLUTIONS, S.L. d/b/a SERVIPORNO, a Spanish company; and BORJAN MERA URRESTARAZU, an individual,<br><br>    Defendants. | Case No.: 2:15-cv-01673-JCM-GWF<br><br>**DECLARATION OF ADAM SILVERMAN** |

I, ADAM SILVERMAN, being over 18 years of age and competent to testify about the matters contained in this declaration, state as follows:

1. I am a Managing Member of AMA Multimedia, LLC ("AMA"), Plaintiff in above-captioned case. I have personal knowledge of the truth of the statements made herein.

2. When AMA produces a work for distribution, whether through its own websites or through a licensing agreement, AMA's videos are affixed with AMA's trademarks for identification and branding purposes.

3. In the regular course of business, AMA registers its trademarks with the United States Patent and Trademark Office.

I declare to under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 2/8/2016 (date) at Miami, FL (city, state).

DocuSigned by:

*Adam Silverman*

AA2360A3BB2544F... Adam Silverman

- 1 -
Declaration of Adam Silverman
2:15-cv-01673-JCM-GWF