# **EXHIBIT 4**

Serviporno
Hosting Information

Home  >   Hosting History  >   Serviporno.com

## Hosting History for Serviporno.com

Enter any domain name and Hosting History will list IP address, name server and registrar history. If a domain name has changed its web host or transferred its domain name to another registrar you will be able to see the old value, the new value, and when the event happened. Note: Hosting History covers domains in the TLDs com, net, org, biz, us, and info only.

**Lookup the Hosting History of a Domain**

serviporno.com

LOOKUP

## IP Address History

| Event Date | Action | Pre-Action IP | Post-Action IP |
| --- | --- | --- | --- |
| 2004-04-24 | Not Resolvable | 69.41.224.34 | -none- |
| 2004-05-04 | New | -none- | 65.125.227.106 |
| 2004-10-31 | Change | 65.125.227.106 | 67.19.135.34 |
| 2004-11-13 | Not Resolvable | 67.19.135.34 | -none- |
| 2005-02-26 | New | -none- | 63.247.78.250 |
| 2005-03-26 | Change | 63.247.78.250 | 70.84.192.18 |
| 2007-03-15 | Change | 70.84.192.18 | 212.227.34.3 |
| 2007-06-03 | Change | 212.227.34.3 | 82.98.86.165 |
| 2011-03-07 | Change | 82.98.86.165 | 72.52.4.90 |
| 2011-03-18 | Change | 72.52.4.90 | 82.98.86.165 |
| 2011-04-10 | New | -none- | 82.98.86.165 |
| 2011-09-18 | Change | 82.98.86.165 | 72.52.4.90 |

| | | | |
|---|---|---|---|
| 2011-10-01 | Not Resolvable | 72.52.4.90 | -none- |
| 2012-01-26 | New | -none- | 109.123.126.18 |
| 2012-10-07 | Change | 109.123.126.18 | 67.222.143.42 |
| 2013-06-12 | Change | 67.222.143.42 | 108.162.203.250 |
| 2014-01-12 | Change | 108.162.203.250 | 162.159.240.182 |
| 2015-10-16 | Change | 162.159.240.182 | 104.25.18.32 |

Note: The current IP location and IP Whois may not be the same as it was on the event date.

## Registrar History

| Date | Registrar |
|---|---|
| 2003-03-28 | Wild West Domains |
| 2009-01-14 | OVH |
| 2009-12-12 | Internet.bs Corp. |
| 2011-02-21 | China-Channel.com |
| 2011-09-27 | eNom.com |
| 2013-04-22 | Bindrop LLC |
| 2013-04-26 | EuroDNS S.A. |

## Name Server History

| Event Date | Action | Pre-Action Server | Post-Action Server |
|---|---|---|---|
| 2002-03-13 | Transfer | Firstdns.com | Validname.com |
| 2002-12-02 | Delete | Validname.com | -none- |
| 2003-02-23 | New | -none- | Secureserver.net |
| 2003-03-12 | Transfer | Secureserver.net | Wwwroot4.net |
| 2003-03-29 | Transfer | Wwwroot4.net | Nethostco.com |
| 2003-08-25 | Transfer | Nethostco.com | Servisexo.com |
| 2004-05-04 | Transfer | Servisexo.com | Securedtechnologies.com |
| 2005-02-26 | Transfer | Securedtechnologies.com | Host.org |
| 2007-03-15 | Transfer | Host.org | Sedoparking.com |
| 2011-09-28 | Transfer | Sedoparking.com | Hostingrapido.com |
| 2012-08-07 | Transfer | Hostingrapido.com | Nettica.com |

2/4/2016 Hosting History for serviporno.com : View historical IP addresses, name servers, and registrars.

Case 2:15-cv-01673-JCM-GWF Document 22-4 Filed 02/08/16 Page 4 of 13

| 2013-06-13 | Transfer | Nettica.com | Cloudflare.com |

Sitemap    Blog    Terms of Service    Privacy Policy    Contact Us    Domain News    © 2016 DomainTools

Home > Whois Lookup > 104.25.18.32

## IP Information for 104.25.18.32

### − Quick Stats

| | |
|---|---|
| **IP Location** | United States Phoenix Cloudflare Inc. |
| **ASN** | AS13335 CLOUDFLARENET - CloudFlare, Inc. (registered Jul 14, 2010) |
| **Whois Server** | whois.arin.net |
| **IP Address** | 104.25.18.32 |
| **Reverse IP** | 21 websites use this address. |

```
NetRange:         104.16.0.0 - 104.31.255.255
CIDR:             104.16.0.0/12
NetName:          CLOUDFLARENET
NetHandle:        NET-104-16-0-0-1
Parent:           NET104 (NET-104-0-0-0-0)
NetType:          Direct Assignment
OriginAS:         AS13335
Organization:     CloudFlare, Inc. (CLOUD14)
RegDate:          2014-03-28
Updated:          2015-10-01
Comment:          https://www.cloudflare.com
Ref:              http://whois.arin.net/rest/net/NET-104-16-0-0-1

OrgName:          CloudFlare, Inc.
OrgId:            CLOUD14
Address:          101 Townsend Street
City:             San Francisco
StateProv:        CA
PostalCode:       94107
Country:          US
RegDate:          2010-07-09
Updated:          2015-10-08
Comment:          http://www.cloudflare.com/
Ref:              http://whois.arin.net/rest/org/CLOUD14

OrgNOCHandle: NOC11962-ARIN
OrgNOCName:   NOC
OrgNOCPhone:  +1-650-319-8930
OrgNOCEmail:  noc@cloudflare.com
OrgNOCRef:    http://whois.arin.net/rest/poc/NOC11962-ARIN

OrgTechHandle: ADMIN2521-ARIN
OrgTechName:   Admin
```



```
OrgTechPhone:  +1-650-319-8930
OrgTechEmail:  admin@cloudflare.com
OrgTechRef:    http://whois.arin.net/rest/poc/ADMIN2521-ARIN

OrgAbuseHandle: ABUSE2916-ARIN
OrgAbuseName:   Abuse
OrgAbusePhone:  +1-650-319-8930
OrgAbuseEmail:  abuse@cloudflare.com
OrgAbuseRef:    http://whois.arin.net/rest/poc/ABUSE2916-ARIN

RAbuseHandle: ABUSE2916-ARIN
RAbuseName:   Abuse
RAbusePhone:  +1-650-319-8930
RAbuseEmail:  abuse@cloudflare.com
RAbuseRef:    http://whois.arin.net/rest/poc/ABUSE2916-ARIN

RNOCHandle: NOC11962-ARIN
RNOCName:   NOC
RNOCPhone:  +1-650-319-8930
RNOCEmail:  noc@cloudflare.com
RNOCRef:    http://whois.arin.net/rest/poc/NOC11962-ARIN

RTechHandle: ADMIN2521-ARIN
RTechName:   Admin
RTechPhone:  +1-650-319-8930
RTechEmail:  admin@cloudflare.com
RTechRef:    http://whois.arin.net/rest/poc/ADMIN2521-ARIN
```

## Tools

| Monitor Domain Properties | ▼ |
| --- | --- |
| Reverse IP Address Lookup | ▼ |
| Network Tools | ▼ |

Sitemap    Blog    Terms of Service    Privacy Policy    Contact Us    Domain News    © 2016 DomainTools

Home > Whois Lookup > 162.159.240.182

## IP Information for 162.159.240.182

**− Quick Stats**

| | |
|---|---|
| **IP Location** | United States Los Angeles Cloudflare Inc. |
| **ASN** | AS13335 CLOUDFLARENET - CloudFlare, Inc. (registered Jul 14, 2010) |
| **Whois Server** | whois.arin.net |
| **IP Address** | 162.159.240.182 |
| **Reverse IP** | 1 website uses this address. |

```
NetRange:          162.158.0.0 - 162.159.255.255
CIDR:              162.158.0.0/15
NetName:           CLOUDFLARENET
NetHandle:         NET-162-158-0-0-1
Parent:            NET162 (NET-162-0-0-0-0)
NetType:           Direct Assignment
OriginAS:          AS13335
Organization:      CloudFlare, Inc. (CLOUD14)
RegDate:           2013-05-23
Updated:           2015-10-01
Ref:               http://whois.arin.net/rest/net/NET-162-158-0-0-1

OrgName:           CloudFlare, Inc.
OrgId:             CLOUD14
Address:           101 Townsend Street
City:              San Francisco
StateProv:         CA
PostalCode:        94107
Country:           US
RegDate:           2010-07-09
Updated:           2015-10-08
Comment:           http://www.cloudflare.com/
Ref:               http://whois.arin.net/rest/org/CLOUD14

OrgNOCHandle: NOC11962-ARIN
OrgNOCName:   NOC
OrgNOCPhone:  +1-650-319-8930
OrgNOCEmail:  noc@cloudflare.com
OrgNOCRef:    http://whois.arin.net/rest/poc/NOC11962-ARIN

OrgAbuseHandle: ABUSE2916-ARIN
OrgAbuseName:   Abuse
OrgAbusePhone:  +1-650-319-8930
```

```
OrgAbuseEmail:  abuse@cloudflare.com
OrgAbuseRef:    http://whois.arin.net/rest/poc/ABUSE2916-ARIN

OrgTechHandle: ADMIN2521-ARIN
OrgTechName:   Admin
OrgTechPhone:  +1-650-319-8930
OrgTechEmail:  admin@cloudflare.com
OrgTechRef:    http://whois.arin.net/rest/poc/ADMIN2521-ARIN

RNOCHandle: NOC11962-ARIN
RNOCName:   NOC
RNOCPhone:  +1-650-319-8930
RNOCEmail:  noc@cloudflare.com
RNOCRef:    http://whois.arin.net/rest/poc/NOC11962-ARIN

RTechHandle: ADMIN2521-ARIN
RTechName:   Admin
RTechPhone:  +1-650-319-8930
RTechEmail:  admin@cloudflare.com
RTechRef:    http://whois.arin.net/rest/poc/ADMIN2521-ARIN

RAbuseHandle: ABUSE2916-ARIN
RAbuseName:   Abuse
RAbusePhone:  +1-650-319-8930
RAbuseEmail:  abuse@cloudflare.com
RAbuseRef:    http://whois.arin.net/rest/poc/ABUSE2916-ARIN
```

## Tools

| Monitor Domain Properties | ▼ |
|---|---|
| Reverse IP Address Lookup | ▼ |
| Network Tools | ▼ |



Sitemap   Blog   Terms of Service   Privacy Policy   Contact Us   Domain News   © 2016 DomainTools

Home > Whois Lookup > 108.162.203.250

## IP Information for 108.162.203.250

### − Quick Stats

| | |
|---|---|
| **IP Location** | 🇺🇸 United States Los Angeles Cloudflare Inc. |
| **ASN** | 🇺🇸 AS13335 CLOUDFLARENET - CloudFlare, Inc. (registered Jul 14, 2010) |
| **Whois Server** | whois.arin.net |
| **IP Address** | 108.162.203.250 |
| **Reverse IP** | 1 website uses this address. |

```
NetRange:           108.162.192.0 - 108.162.255.255
CIDR:               108.162.192.0/18
NetName:            CLOUDFLARENET
NetHandle:          NET-108-162-192-0-1
Parent:             NET108 (NET-108-0-0-0-0)
NetType:            Direct Assignment
OriginAS:           AS13335
Organization:       CloudFlare, Inc. (CLOUD14)
RegDate:            2011-10-28
Updated:            2012-03-02
Comment:            http://www.cloudflare.com
Ref:                http://whois.arin.net/rest/net/NET-108-162-192-0-1

OrgName:            CloudFlare, Inc.
OrgId:              CLOUD14
Address:            101 Townsend Street
City:               San Francisco
StateProv:          CA
PostalCode:         94107
Country:            US
RegDate:            2010-07-09
Updated:            2015-10-08
Comment:            http://www.cloudflare.com/
Ref:                http://whois.arin.net/rest/org/CLOUD14

OrgNOCHandle: NOC11962-ARIN
OrgNOCName:   NOC
OrgNOCPhone:  +1-650-319-8930
OrgNOCEmail:  noc@cloudflare.com
OrgNOCRef:    http://whois.arin.net/rest/poc/NOC11962-ARIN

OrgTechHandle: ADMIN2521-ARIN
OrgTechName:   Admin
```

```
    OrgTechPhone:  +1-650-319-8930
    OrgTechEmail:  admin@cloudflare.com
    OrgTechRef:    http://whois.arin.net/rest/poc/ADMIN2521-ARIN

    OrgAbuseHandle: ABUSE2916-ARIN
    OrgAbuseName:   Abuse
    OrgAbusePhone:  +1-650-319-8930
    OrgAbuseEmail:  abuse@cloudflare.com
    OrgAbuseRef:    http://whois.arin.net/rest/poc/ABUSE2916-ARIN

    RTechHandle: ADMIN2521-ARIN
    RTechName:   Admin
    RTechPhone:  +1-650-319-8930
    RTechEmail:  admin@cloudflare.com
    RTechRef:    http://whois.arin.net/rest/poc/ADMIN2521-ARIN

    RAbuseHandle: ABUSE2916-ARIN
    RAbuseName:   Abuse
    RAbusePhone:  +1-650-319-8930
    RAbuseEmail:  abuse@cloudflare.com
    RAbuseRef:    http://whois.arin.net/rest/poc/ABUSE2916-ARIN

    RNOCHandle: NOC11962-ARIN
    RNOCName:   NOC
    RNOCPhone:  +1-650-319-8930
    RNOCEmail:  noc@cloudflare.com
    RNOCRef:    http://whois.arin.net/rest/poc/NOC11962-ARIN
```

## Tools

| Monitor Domain Properties | ▼ |
|---|---|
| Reverse IP Address Lookup | ▼ |
| Network Tools | ▼ |



Sitemap    Blog    Terms of Service    Privacy Policy    Contact Us    Domain News    © 2016 DomainTools

Home > Whois Lookup > 67.222.143.42

## IP Information for 67.222.143.42

### — Quick Stats

| | |
|---|---|
| **IP Location** | 🇺🇸 United States Dallas Hosting Rapido Slu |
| **ASN** | 🇺🇸 AS30496 COLO4 - Colo4, LLC (registered Oct 21, 2003) |
| **Resolve Host** | 67.222.143.42.tailormadeservers.com |
| **Whois Server** | whois.arin.net |
| **IP Address** | 67.222.143.42 |

```
NetRange:       67.222.143.10 - 67.222.143.65
CIDR:           67.222.143.12/30, 67.222.143.64/31, 67.222.143.10/31, 67.22
2.143.32/27, 
67.222.143.16/28
NetName:        HOSTING-RAPIDO-SLUNET
NetHandle:      NET-67-222-143-10-1
Parent:         DFW-DATACENTER (NET-67-222-128-0-1)
NetType:        Reassigned
OriginAS:       AS30277
Customer:       Hosting Rapido SLU (C03383586)
RegDate:        2013-04-26
Updated:        2013-04-26
Comment:        Spanish speaking ;-)
Ref:            http://whois.arin.net/rest/net/NET-67-222-143-10-1

CustName:       Hosting Rapido SLU
Address:        Jeronimo Arroyo 13 bajo
City:           Palencia
StateProv:      
PostalCode:     34004
Country:        ES
RegDate:        2013-04-26
Updated:        2013-04-26
Ref:            http://whois.arin.net/rest/customer/C03383586

OrgTechHandle: DFWDA-ARIN
OrgTechName:   DFW Datacenter
OrgTechPhone:  +1-214-774-2513
OrgTechEmail:  sales@dfw-datacenter.com
OrgTechRef:    http://whois.arin.net/rest/poc/DFWDA-ARIN

OrgAbuseHandle: DFWDA-ARIN
OrgAbuseName:   DFW Datacenter
```

```
OrgAbusePhone:  +1-214-774-2513
OrgAbuseEmail:  sales@dfw-datacenter.com
OrgAbuseRef:    http://whois.arin.net/rest/poc/DFWDA-ARIN

RTechHandle: DFWDA-ARIN
RTechName:   DFW Datacenter
RTechPhone:  +1-214-774-2513
RTechEmail:  sales@dfw-datacenter.com
RTechRef:    http://whois.arin.net/rest/poc/DFWDA-ARIN

RNOCHandle: DFWDA-ARIN
RNOCName:   DFW Datacenter
RNOCPhone:  +1-214-774-2513
RNOCEmail:  sales@dfw-datacenter.com
RNOCRef:    http://whois.arin.net/rest/poc/DFWDA-ARIN

RAbuseHandle: DFWDA-ARIN
RAbuseName:   DFW Datacenter
RAbusePhone:  +1-214-774-2513
RAbuseEmail:  sales@dfw-datacenter.com
RAbuseRef:    http://whois.arin.net/rest/poc/DFWDA-ARIN

NetRange:       67.222.128.0 - 67.222.159.255
CIDR:           67.222.128.0/19
NetName:        DFW-DATACENTER
NetHandle:      NET-67-222-128-0-1
Parent:         NET67 (NET-67-0-0-0-0)
NetType:        Direct Allocation
OriginAS:       AS30277
Organization:   DFW Datacenter (TMS-52)
RegDate:        2008-02-04
Updated:        2012-02-24
Ref:            http://whois.arin.net/rest/net/NET-67-222-128-0-1

OrgName:        DFW Datacenter
OrgId:          TMS-52
Address:        3000 Irving Blvd
City:           Dallas
StateProv:      TX
PostalCode:     75247
Country:        US
RegDate:        2003-08-19
Updated:        2012-06-05
Ref:            http://whois.arin.net/rest/org/TMS-52

OrgTechHandle: DFWDA-ARIN
OrgTechName:   DFW Datacenter
OrgTechPhone:  +1-214-774-2513
OrgTechEmail:  sales@dfw-datacenter.com
OrgTechRef:    http://whois.arin.net/rest/poc/DFWDA-ARIN

OrgAbuseHandle: DFWDA-ARIN
OrgAbuseName:   DFW Datacenter
OrgAbusePhone:  +1-214-774-2513
OrgAbuseEmail:  sales@dfw-datacenter.com
OrgAbuseRef:    http://whois.arin.net/rest/poc/DFWDA-ARIN

RTechHandle: DFWDA-ARIN
RTechName:   DFW Datacenter
RTechPhone:  +1-214-774-2513
RTechEmail:  sales@dfw-datacenter.com
```



```
RTechRef:      http://whois.arin.net/rest/poc/DFWDA-ARIN

RNOCHandle: DFWDA-ARIN
RNOCName:   DFW Datacenter
RNOCPhone:  +1-214-774-2513
RNOCEmail:  sales@dfw-datacenter.com
RNOCRef:       http://whois.arin.net/rest/poc/DFWDA-ARIN

RAbuseHandle: DFWDA-ARIN
RAbuseName:   DFW Datacenter
RAbusePhone:  +1-214-774-2513
RAbuseEmail:  sales@dfw-datacenter.com
RAbuseRef:       http://whois.arin.net/rest/poc/DFWDA-ARIN
```

## Tools

| Monitor Domain Properties | ▼ |
| Reverse IP Address Lookup | ▼ |
| Network Tools | ▼ |

Sitemap   Blog   Terms of Service   Privacy Policy   Contact Us   Domain News   © 2016 DomainTools