# **EXHIBIT 5**

LeaseWeb Data Centers



Products    Solutions    About us                    Chat   +1 571 814 3777

# Data Centers

Home  ›  Platform  ›  Data Centers

## Reliability, security and performance guaranteed.

We have placed top-tier, ISO certified data centers at strategic locations across the globe to ensure prime access to the major business areas in Europe, the U.S. and Asia. Each one is designed to the highest specifications for performance, reliability and security.

Our state-of-the-art data centers use the latest technology to guarantee powerful performance and availability.

They're reliable too. We've built in multiple levels of redundancy to ensure consistently high performance, including redundant components and multiple active paths for cooling and power distribution. If any one of the data centers suffers power loss, emergency backup generators are ready to kick in to maintain continuity of service.

And, of course, they are secure. When it comes to sensitive business data, we can't afford to take any chances. Fully compliant with the latest security policies and audit guidelines, we take a meticulous approach ensuring that your private data stays private, and is protected at all times.

### The Platform of Choice

A great platform isn't about the sum of its parts. It's about how those parts work together: how dedicated servers interact with the cloud; how data centers connect to our network; how you configure and deploy infrastructure on-demand.

Network

Data Centers

Automation

### What would you like to put on our platform?

Find out more about our products:

Dedicated Servers

Private Cloud

CDN

### Need help?

If you've got questions, we've got the experts who can help. Ask now.

START CHAT

### AMS-01
J.W. Lucasweg 35, 2031 BE Haarlem, The Netherlands

### AMS-10
Kuiperbergweg 13, 1101 AE Zuidoost, The Netherlands

### AMS-11
Boeing Avenue 271, 1119 PD Schiphol-Rijk, The Netherlands

### AMS-12

By visiting and using this website you agree to the placement of cookies. Learn more.   Allow

Capronilaan 2, 1119 NR Schiphol-Rijk, The Netherlands

### DAL-10
1950 North Stemmons Freeway, Dallas, TX 75207, United States

### FRA-10
Kleyerstr. 79-89, 60326 Frankfurt am Main, Germany

### HKG-10
11 Chun Kwong Street, Tseung Kwan O Industrial Estate, New Territories, Hong Kong

### SFO-12
1735 Lundy Ave San Jose, CA 95131, United States

### SIN-11
110 Paya Lebar Singapore, 409009, Singapore

### WDC-01
9651 Hornbaker Road Manassas, VA 20109, United States

Sign up for our newsletter

Stay up to date with the latest news about LeaseWeb solutions, events, special offers and more by subscribing to our monthly newsletter.

Email

email@domain.com

SIGN UP

Language  English

Login to Customer Portal

## Products

Dedicated Servers
　Build your own
　Single Processor
　Dual Processor
　Quad Processor

Cloud
　Virtual Servers
　Bare Metal Servers
　Apache CloudStack
　VMware

CDN
　Pay-as-you-go
　Enterprise

Colocation
　Rack Units
　Private Racks
　Private Cage

Cybersecurity
　Web Application
　Firewall & DDoS
　Protection

Hybrid Hosting
Domain Name
Web Hosting

## Solutions

Ad Serving
Big Data
E-Commerce
Enterprises
Gaming
SaaS
Start Ups
Test & Development

## Add-on services

Managed Hosting
Backup
SLA

## Our Platform

Network
Data Centers
Automation

## Become a Partner

Reseller Partner Program
Referral Partner Program
Specialized Partner Program

## About us

Contact
About LeaseWeb
Careers
Press Releases
Case Studies
Customer Commitment
Certifications
Webinars
Events

## Legal

General
Cookie Statement
Abuse Prevention

## Support

Knowledge Base
API Documentation

### Links

Customer Portal Login
Blog
LeaseWeb Labs

©2015 LeaseWeb. All Rights Reserved.