# **EXHIBIT 6**

LeaseWeb Network
Map 2015

