# EXHIBIT 8

Letter from Ronald D. Green
to Lawrence G. Walters

Dated December 23, 2014



*Privileged and Confidential Communication*

**December 23, 2014**

<u>Via Email Only</u>
Larry@firstamendment.com

Lawrence G. Walters, Esq.
Walters Law Group
195 W. Pine Ave.
Longwood, FL 32750

*Re: Infringing Material On Serviporno.com*

Dear Larry:

I am writing on behalf of AMA Multimedia, LLC ("AMA") f/k/a SSC Group, LLC. On or about August 19, 2013, AMA settled its copyright claims against your clients Borjan Solutions S.L. d/b/a Serviporno.com, Borjan Mera Urrestarazu, and Monetia, S.L. d/b/a Cumlouder.com and Wamcash (collectively, "Respondents"). Those claims related to large amounts of AMA's copyrighted content appearing on the Serviporno.com website in a manner that suggested it was being uploaded from other tube sites by Respondents themselves and not by users of the Serviporno website. The settlement provided that Respondents would take steps to ensure that AMA's content was not placed unlawfully on Respondents' websites and that, if AMA's content did appear on Respondents' websites, it would be promptly taken down upon notification from AMA.

For about a year after the execution of the settlement, AMA's copyrighted content was largely absent from the Serviporno website. However, in October of 2013, AMA observed that its content had begun appearing on the site in the same manner that it had appeared in the past. Specifically, its full length videos and shorter promotional videos, which appear legally on other tube sites, are being uploaded to Serviporno from those tube sites. As it currently stands, AMA cannot determine whether these videos are being uploaded by Serviporno's users or by Respondents themselves. As such, we request that Serviporno provide us with all information regarding the user(s) who uploaded the movies located at the following URLs:

http://www.serviporno.com/videos/corrine-blake-follada-despues-del-masaje/
http://www.serviporno.com/videos/sexy-asiatica-gozando-de-una-gran-polla/
http://www.serviporno.com/videos/un-pov-con-una-mini-latina/
http://www.serviporno.com/videos/la-perfeccion-existe/

The first two links above are for short videos excerpted from AMA's longer, full-length videos. The latter two links contain AMA's entire full-length videos. Respondents are not

3625 South Town Center Drive, Las Vegas, Nevada 89135
rdg@randazza.com   |   702.420.2001

**LAS VEGAS**   |   MIAMI   |   PHILADELPHIA   |   SAN FRANCISCO

Infringing Material on Serviporno
Page 2 of 2

authorized to display any of them on the Serviporno website. The original videos to which AMA owns copyrights can be found on the World Wide Web at:

http://fantasyhd.com/video/more-than-a-mouthful
http://puremature.com/video/precious-snatch
http://tiny4k.com/video/tiny-latina-teen
http://fantasyhd.com/video/heart-rate-hottie

The information AMA seeks regarding the users who uploaded these videos includes, but is not limited to: their user names, their IP addresses, their email addresses, identification of all other videos that these users have uploaded to the Serviporno website, their login histories, and any other identifying information about these users in Serviporno's possession. While AMA would like this information as quickly as possible, it additionally recognizes that the holidays are fast approaching. Therefore, pursuant to the provisions of the settlement agreement, please provide us with this information no later than 14 days of the date of this correspondence.

This notice is being provided in good faith and with reasonable certainty that AMA's copyrights are being infringed. We are authorized to act on behalf of AMA as its counsel and can attest that the information contained in this communication is true and accurate. We appreciate your time and attention to this matter and look forward to your response.

Best regards,

Ronald D. Green