# **EXHIBIT 9**

Letter from Ronald D. Green
to Lawrence G. Walters

Dated January 6, 2015



Ronald D. Green
*Partner*
Licensed in NV

**6 January 2015**

<u>Via Email Only</u>
larry@firstamendment.com

Lawrence G. Walters, Esq
Walters Law Group
195 W. Pine Ave.
Longwood, FL 32750

   *Re: AMA Multimedia, LLC adv. Serviporno.com*

Dear Larry:

Following receipt of my letter to you dated December 24, 2014, you indicated that your client would likely not provide the information that AMA Multimedia, LLC ("AMA") requested absent a subpoena. The Settlement Agreement that the parties reached last year does indeed require a subpoena. To that end, we will prepare and serve one upon Borjan Solutions S.L. d/b/a Serviporno ("Serviporno"). Please let me know if you are authorized to accept service on Serviporno's behalf.

Moreover, while AMA is happy to formally serve a subpoena upon Serviporno, it additionally possesses enough evidence to confidently state that your clients are in breach of the Settlement Agreement and Mutual Release. More of AMA's full-length videos are added to the Serviporno site on an almost daily basis, and virtually all of them appear to have been uploaded to the site directly by your clients.

Most of the videos exceed the maximum upload size permitted of users of the Serviporno website. Moreover, the uploads have AMA's intro and outro bumpers removed, which is far more indicative of content being uploaded by Serviporno itself rather than its users. Specifically, the removal of the bumpers indicates that your clients are hoping that neither AMA nor other content producers notice that their content is being unlawfully uploaded to the Serviporno website.



Most indicative of breach by your clients, it does not appear that the user upload process on the Serviporno website is even functional. AMA has attempted to upload video content onto the site on numerous occasions over the past several months. It has never worked, leading AMA to question exactly how Serviporno users could possibly be uploading its content onto the Serviporno website.

Your clients' current conduct does not appear to be appreciably different than the actions that made the original Agreement necessary in the first place. It is additionally consistent with Borjan Mera Urrestarazu's December 2012 statements on GFY.com that Serviporno was intentionally and unlawfully taking videos from other tube sites.

Given your clients' breach of the Agreement, AMA hereby invokes the dispute resolution portions of Paragraph 20.1 of the Agreement. Specifically, AMA wishes to attempt a good faith resolution of the dispute. If one cannot be obtained expeditiously, AMA requests that your clients agree to formal mediation in Clark County, Nevada. We propose that mediation be scheduled during February or March of 2015. If you would like this office to propose local mediators familiar with Internet and intellectual property law, we would be happy to do so.

AMA is confident that your clients have breached and will not agree to resolve this matter absent significant compensation by your clients. If they wish to resolve this breach without the necessity of formal mediation, AMA is willing to do so for a payment of $250,000.00, as well as a new settlement agreement that more explicitly prohibits them from engaging in these behaviors in the future. Please let us know whether this is acceptable within 7 days of the date of this letter or whether more formal resolution procedures will be required.

If you have any questions, please do not hesitate to contact this office at your convenience. We look forward to hearing from you.

Sincerely,

Ronald D. Green