UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

AMA MULTIMEDIA, LLC, a Nevada limited liability company

    Plaintiff(s),

vs.

BORJAN SOLUTIONS, S.L. d/b/a SERVIPORNO, a Spanish company; and BORJAN MERA URRESTARAZU, an individual

    Defendant(s).

Case # 2:15-cv-01673-JCM-GWF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____EVAN FRAY-WITZER_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____CIAMPA FRAY WITZER, LLP_____
(firm name)

with offices at ___20 Park Plaza, Suite 505___
(street address)

___Boston___, ___Massachusetts___ ___02116___
(city) (state) (zip code)

___(617) 426-0000___, ___evan@CFWLegal.com___
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___Borjan Solutions, S.L., and Borjan Mera Urrestarazu___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 1/15

3. That since 12/15/1993 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Massachusetts (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Fed. D. Mass. | 1993 | N/A |
| New Hampshire | 1994 | 10233 |
| Fed. 1st Circuit | 1994 | 45827 |
| Fed. D. New Hampshire | 1994 | N/A |
| U.S. Supreme Court | 2001 | N/A |
| Fed. 9th Circuit | 2012 | N/A |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

None.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 06/29/2012 | 2:12-cv-00923 | D. Nevada | Granted |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 1/15

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.
3
4                                                              _____
                                                                  Petitioner's signature
   STATE OF __Massachusetts__ }
5  COUNTY OF __Suffolk__       }
6
7  __Evan Fray-Witzer__, Petitioner, being first duly sworn, deposes and says:
8  That the foregoing statements are true.
9                                                              _____
                                                                  Petitioner's signature
10 Subscribed and sworn to before me this
11 __22nd__ day of __January__, __2016__.
12
13 __Carmela L. Feeley__, Commission Expires __02-01-2019__
   Notary Public or Clerk of Court
14
15
16         **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
              THE BAR OF THIS COURT AND CONSENT THERETO.**
17
   Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner
18
   believes it to be in the best interests of the client(s) to designate __James D. Boyle__,
19                                                                         (name of local counsel)
   Attorney at Law, member of the State of Nevada and previously admitted to practice before the
20
   above-entitled Court as associate resident counsel in this action. The address and email address of
21
   said designated Nevada counsel is:
22
23 __400 South 4th Street, 3rd Floor__
                                        (street address)
24 __Las Vegas__,          __Nevada__,                __89101__
            (city)           (state)                 (zip code)
25
26 __(702) 791-0308__,     __jboyle@nevadafirm.com__
   (area code + telephone number)  (Email address)
27
28                                  4                                    Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) __James D. Boyle__ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Borjan Solutions S.L.
(type or print party name, title)

_____
(party's signature)

Borjan Mera Urrestarazu
(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

08384                    jboyle@nevadafirm.com
Bar number               Email address

APPROVED:

Dated: February 8, 2016.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 1/15

## COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **fifteenth** day of **December** A.D. **1993**, said Court being the highest Court of Record in said Commonwealth:

### Evan Fray-Witzer

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-ninth** day of **December** in the year of our Lord two thousand and fifteen.

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116



**The Commonwealth of Massachusetts**
**SUPREME JUDICIAL COURT**
FOR SUFFOLK COUNTY
JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.SJCCOUNTYCLERK.COM

December 29, 2015

MAURA S. DOYLE
CLERK

CASE INFORMATION (617) 557-1100
FACSIMILE (617) 557-1117
ATTORNEY SERVICES (617) 557-1050
FACSIMILE (617) 557-1055

Evan Fray-Witzer
Boston Law Group
825 Beacon St., Ste.20
Newton, MA 02459

IN RE:   **CERTIFICATE OF ADMISSION AND GOOD STANDING**

Evan Fray-Witzer:

Enclosed please find the Certificate of admission and good standing which you have recently requested from this office. This certificate attests to your date of admission and good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or if this office can be of further assistance, please do not hesitate to contact us at 617-557-1050 or visit our web site at www.sjccountyclerk.com.

Very truly yours,

MAURA S. DOYLE
Clerk
Supreme Judicial Court

MSD/ct
CL Received: December 29, 2015
enclosure

# The State of New Hampshire
## Supreme Court

## Certificate of Good Standing

This is to certify that

### Evan Fray-Witzer

having been found qualified for admission to the bar, in accordance with the Rules of Court, and having subscribed and taken the oaths required by law on,

May 31, 1994,

was admitted to practice as an Attorney in the Courts of this State, and, on this date, is in good standing according to the records of this Court.



In Testimony Whereof, I have hereunto set my hand, and affixed the seal of said Court, this 29th day of December, 2015.

_____, Clerk