RANDAZZA LEGAL GROUP, PLLC
Marc J. Randazza (NV Bar No. 12265)
Ronald D. Green (NV Bar No. 7360)
4035 S. El Capitan Way
Las Vegas, NV 89147
Telephone: 702-420-2001
Facsimile: 305-437-7662
ecf@randazza.com

*Attorneys for Plaintiff,*
*AMA Multimedia, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AMA MULTIMEDIA, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BORJAN SOLUTIONS, S.L. d/b/a SERVIPORNO, a Spanish company; and BORJAN MERA URRESTARAZU, an individual,<br><br>Defendants. | Case No.: 2:15-cv-01673-JCM-GWF<br><br>**MOTION TO ADOPT MAGISTRATE'S REPORT AND RECOMMENDATION** |

Plaintiff AMA Multimedia hereby moves this Court to adopt the Report and Recommendation (Doc. No. 21) issued by Magistrate Judge Foley on February 8, 2016.

**MEMORANDUM OF POINTS AND AUTHORITIES**

On January 6, 2016, Plaintiff filed a Motion to Compel Arbitration (Doc. No. 10), to which Defendants responded (Doc. No. 14) and Plaintiff replied (Doc. No. 17). Upon consideration of the issues raised by all parties, Magistrate Judge George W. Foley recommended that the Motion to Compel Arbitration (Doc.

1  No. 10) be granted, with the matter stayed pending resolution of the arbitration,
2  further recommending that the Honorable Philip Pro of JAMS be selected to
3  arbitrate the matter. (Doc. No. 21 at 7).
4      Pursuant to Local Rule IB 3-2, as well as Fed.R.Civ.P. 72(a) and 28 U.S.C.
5  § 636(b)(1)(c), any party wishing to object to the Report and Recommendation
6  had fourteen days to do so.  The window to object, therefore, expired on
7  February 22, 2016. No party objected on or before that date, or since.
8      Neither the Local Rules, Federal Rules, or statute indicate whether the
9  Report and Recommendation automatically goes into effect if no party objects,
10 though there is some federal caselaw to suggest a party should affirmatively
11 seek implementation of a Magistrate's recommendation.[1]  *See, e.g., Associates*
12 *Financial Services Co. v. Mercantile Mortg. Co.*, 727 F. Supp. 371, 376 (N.D. Ill.
13 1989).  As no party has objected, the recommendation may be given effect.
14 Thus, to the extent it is necessary, Plaintiff seeks an order of this Court
15 implementing the Magistrate's Report and Recommendation.
16 Dated this 2nd day of March, 2016.

            Respectfully Submitted,
            RANDAZZA LEGAL GROUP, PLLC

            */s/ Ronald D. Green*
            Marc J. Randazza (NV Bar No. 12265)
            Ronald D. Green (NV Bar No. 7360)
            4035 S. El Capitan Way
            Las Vegas, NV 89147
            Tel: (702) 420-2001
            Fax: (702) 420-2003
            ecf@randazza.com

---

[1] Plaintiff is otherwise aware that this Court may *sua sponte* take up the issue of implementing a Magistrate's report.  *See, e.g., Thomas v. Colvin*, 2014 U.S. Dist. LEXIS 78906 (D. Nev. June 10, 2014).

1     Case No. 2:15-cv-01673-JCM-GWF

2     **CERTIFICATE OF SERVICE**

3     I HEREBY CERTIFY that on March 2, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully Submitted,

_____
Employee,
Randazza Legal Group, PLLC