RANDAZZA LEGAL GROUP, PLLC
Marc J. Randazza (NV Bar No. 12265)
Ronald D. Green (NV Bar No. 7360)
4035 S. El Capitan Way
Las Vegas, NV 89147
Telephone: 702-420-2001
Facsimile: 305-437-7662
ecf@randazza.com

*Attorneys for Plaintiff,*
*AMA Multimedia, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AMA MULTIMEDIA, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BORJAN SOLUTIONS, S.L. d/b/a SERVIPORNO, a Spanish company; and BORJAN MERA URRESTARAZU, an individual,<br><br>Defendants. | Case No.: 2:15-cv-01673-JCM-GWF<br><br>**NOTICE OF NON-OPPOSITION TO MOTION TO ADOPT MAGISTRATE'S REPORT AND RECOMMENDATION** |

Plaintiff AMA Multimedia LLC ("AMA") files this Notice of Non-Opposition to Motion to Adopt Magistrate's Report and Recommendation and says:

On January 6, 2016, Plaintiff AMA filed a Motion to Compel Arbitration (Doc. No. 10), to which Defendants responded (Doc. No. 14) and Plaintiff replied (Doc. No. 17). Upon consideration of the issues raised by all parties, Magistrate Judge George W. Foley recommended that the Motion to Compel Arbitration (Doc. No. 10) be granted, with the matter stayed pending resolution of the arbitration, further recommending that the Honorable Philip Pro of JAMS be selected to arbitrate the matter. (Doc. No. 21 at 7).

On March 3, 2016, Plaintiff AMA filed its Motion to Adopt Magistrate's Report and Recommendation (Doc. No. 26) ("Motion to Adopt") citing the fact

1  that the window for the Defendants to object to the Magistrate's Report and
2  Recommendation had closed and requesting that the Court enter an order
3  implementing the Magistrate's Report.

4  Pursuant to LR 7-2(b), Defendants had 14 days to oppose Plaintiff's Motion
5  to Adopt. Defendants, therefore, were expected to file any opposition by
6  March 17, 2016, or March 21, 2016 at the latest, with mailing days. No party has
7  filed any opposition to Plaintiff's Motion to Adopt, nor has any party filed any
8  objection to the Magistrate's Report and Recommendation.

9  Local Rule 7-2(d) states that: "The failure of an opposing party to file points
10 and authorities in response to any motion shall constitute a consent to the
11 granting of the motion." Therefore, the Court should conclude that Defendants
12 consent to Plaintiff's Motion to Adopt and consequentially adopt the
13 Magistrate's Report and Recommendation.

Dated this April 1, 2016.                Respectfully Submitted,

                                         RANDAZZA LEGAL GROUP, PLLC

                                         */s/ Ronald D. Green*
                                         Marc J. Randazza (NV Bar No. 12265)
                                         Ronald D. Green (NV Bar No. 7360)
                                         4035 S. El Capitan Way
                                         Las Vegas, NV 89147
                                         Tel: (702) 420-2001
                                         Fax: (702) 420-2003
                                         ecf@randazza.com

Case No. 2:15-cv-01673-JCM-GWF

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on April 1, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully Submitted,

_____
Employee,
Randazza Legal Group, PLLC