UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

AMA MULTIMEDIA, LLC,

Plaintiff(s),

v.

BORJAN SOLUTIONS, S.L. d/b/a SERVIPORNO, et al.,

Defendant(s).

Case No. 2:15-CV-1673 JCM (GWF)

ORDER

Presently before the court is plaintiff AMA Multimedia, LLC's motion to adopt the magistrate's report and recommendation. (Doc. # 26). Defendants have not filed a response, and the time for doing so has passed.

Also before the court are defendants Borjan Mera Urrestarazu and Borjan Solutions, S.L. d/b/a Serviporno's motion to dismiss plaintiff's complaint (doc. # 7) and motion to dismiss plaintiff's amended complaint. (Doc. # 13).

The court has adopted Magistrate Judge Foley's report and recommendation in full. (Doc. # 28). Plaintiff's motion to adopt the report and recommendation is therefore moot.

After defendants filed their motion to dismiss plaintiff's complaint, plaintiff filed an amended complaint. (Doc. # 9). An amended complaint supersedes the original pleading, making it "non-existent." *Valadez-Lopez v. Chertoff*, 656 F.3d 851,857 (9th Cir. 2011). If a litigant files an amended pleading, then motions to dismiss the original complaint are mooted without prejudice. *Johnson v. Cheryl*, 2013 WL 3943606, at *2 (D. Nev. 2013). Defendants' motion to dismiss plaintiff's complaint will be denied as moot, without prejudice.

Pursuant to the magistrate judge's recommendation, the court compelled arbitration. (Doc. ## 21 and 28). The court ordered this matter stayed pending resolution of the arbitration proceeding. (Doc. # 28). The court will deny defendant's pending motion to dismiss the amended

complaint as moot in light of the arbitration and stay. The motion will be denied without prejudice and may be refiled if the matter is not resolved in arbitration.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff AMA Multimedia, LLC's motion to adopt magistrate's report and recommendation (doc. # 26) be, and the same hereby is, DENIED as moot.

IT IS FURTHER ORDERED that defendants Borjan Mera Urrestarazu and Borjan Solutions, S.L. d/b/a Serviporno's motion to dismiss plaintiff's complaint (doc. # 7) be, and the same hereby is, DENIED as moot, without prejudice.

IT IS FURTHER ORDERED that defendants Borjan Mera Urrestarazu and Borjan Solutions, S.L. d/b/a Serviporno's motion to dismiss plaintiff's amended complaint (doc. # 13) be, and the same hereby is, DENIED as moot, without prejudice.

DATED April 20, 2016.

James C. Mahan

UNITED STATES DISTRICT JUDGE