# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AMA MULTIMEDIA, LLC,<br><br>　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>BORJAN SOLUTIONS, S.L. d/b/a SERVIPORNO, et al.,<br><br>　　　　　　　　Defendant(s). | Case No. 2:15-CV-1673 JCM (GWF)<br><br>ORDER |

Presently before the court is the matter of *AMA Multimedia, LLC v. Borjan Solutions, S.L. et al*, case no. 2:15-cv-01673-JCM-GWF.

On April 15, 2016, this court adopted Judge Foley's report and recommendation, thereby staying this case pending the conclusion of arbitration. (ECF No. 28); *see* (ECF No. 21). Since that date, no party has submitted any filings with this court. The court orders the parties to file a joint status report indicating the status of the current action.

Accordingly,

IT IS HEREBY ORDERED that the parties shall submit a joint status report to the court within thirty (30) days. Failure to submit a joint status report will result in dismissal of this case for want of prosecution.

DATED April 4, 2018.

　　　　　　　　　　　　　　　　　　　/s/ James C. Mahan
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**