RANDAZZA LEGAL GROUP, PLLC
Marc J. Randazza (NV Bar No. 12265)
Ronald D. Green (NV Bar No. 7360)
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
Facsimile: 305-437-7662
ecf@randazza.com

*Attorneys for Plaintiff*
*AMA Multimedia, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMA MULTIMEDIA, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BORJAN SOLUTIONS, S.L. d/b/a SERVIPORNO, a Spanish company; and BORJAN MERA URRESTARAZU, an individual,<br><br>Defendants. | Case No.: 2:15-cv-01673-JCM-GWF<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties hereto voluntarily dismiss this action.

Dated this 23rd day of April 2018.   Respectfully Submitted,

**RANDAZZA LEGAL GROUP, PLLC**

/s/ Ronald D. Green
Marc J. Randazza (NV Bar No. 12265)
Ronald D. Green (NV Bar No. 7360)
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117

*Attorneys for Plaintiff*
*AMA MULTIMEDIA, LLC*

Dated this 23rd day of April 2018.

Respectfully Submitted,

**BOSTON LAW GROUP, PC**

/s/ Valentin Gurvits, Esq.
Valentin Gurvits, Esq. (*pro hac vice*)
Matthew Shayefar, Esq. (*pro hac vice*)
825 Beacon Street, Suite 20
Newton, Massachusetts 02459

**HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON**

JAMES D. BOYLE, ESQ. (NV Bar No. 08384)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

**CIAMPA FRAY-WITZER, LLP**

Evan Fray-Witzer, Esq. (*pro hac vice*)
20 Park Plaza, Suite 505
Boston, Massachusetts 02116

*Attorneys for Defendants*
*BORJAN SOLUTIONS, S.L. d/b/a SERVIPORNO, and BORJAN MERA URRESTARAZU*

Case No. 2:15-cv-01673-JCM-GWF

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 23, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully Submitted,

/s/ Ty Bothell

Employee,
Randazza Legal Group, PLLC