RANDAZZA LEGAL GROUP, PLLC
Marc J. Randazza (NV Bar No. 12265)
Ronald D. Green (NV Bar No. 7360)
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
Facsimile: 305-437-7662
ecf@randazza.com

*Attorneys for Plaintiff*
*AMA Multimedia, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMA MULTIMEDIA, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BORJAN SOLUTIONS, S.L. d/b/a SERVIPORNO, a Spanish company; and BORJAN MERA URRESTARAZU, an individual,<br><br>Defendants. | Case No.: 2:15-cv-01673-JCM-GWF<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties hereto voluntarily dismiss this action.

Dated this 23rd day of April 2018.          Respectfully Submitted,

**RANDAZZA LEGAL GROUP, PLLC**

/s/ Ronald D. Green
Marc J. Randazza (NV Bar No. 12265)
Ronald D. Green (NV Bar No. 7360)
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117

*Attorneys for Plaintiff*
*AMA MULTIMEDIA, LLC*

| | |
|---|---|
| Dated this 23rd day of April 2018. | Respectfully Submitted,<br><br>**BOSTON LAW GROUP, PC**<br><br>/s/ Valentin Gurvits, Esq.<br>Valentin Gurvits, Esq. (*pro hac vice*)<br>Matthew Shayefar, Esq. (*pro hac vice*)<br>825 Beacon Street, Suite 20<br>Newton, Massachusetts 02459<br><br>**HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON**<br><br>JAMES D. BOYLE, ESQ. (NV Bar No. 08384)<br>400 South Fourth Street, Third Floor<br>Las Vegas, Nevada 89101<br><br>**CIAMPA FRAY-WITZER, LLP**<br><br>Evan Fray-Witzer, Esq. (*pro hac vice*)<br>20 Park Plaza, Suite 505<br>Boston, Massachusetts 02116<br><br>*Attorneys for Defendants*<br>*BORJAN SOLUTIONS, S.L. d/b/a SERVIPORNO, and BORJAN MERA URRESTARAZU* |

**IT IS SO ORDERED**

Dated:  April 24, 2018

_/s/ James C. Mahan_
UNITED STATES DISTRICT JUDGE

Case No. 2:15-cv-01673-JCM-GWF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 23, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully Submitted,

_/s/ Tim Bothell_
Employee,
Randazza Legal Group, PLLC