1  RANDAZZA LEGAL GROUP, PLLC
   Marc J. Randazza (NV Bar No. 12265)
2  Ronald D. Green (NV Bar No. 7360)
   2764 Lake Sahara Drive, Suite 109
3  Las Vegas, NV 89117
   Telephone: 702-420-2001
4  Facsimile: 305-437-7662
   ecf@randazza.com
5
   *Attorneys for Plaintiff*
6  *AMA Multimedia, LLC*

7

8                    **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10 | AMA MULTIMEDIA, LLC, a Nevada            Case No.: 2:15-cv-01673-JCM-GWF
   | limited liability company,
11 |                                          **STIPULATION FOR**
   |                 Plaintiff,               **VOLUNTARY DISMISSAL**
12 |
   | v.
13 |
   | BORJAN SOLUTIONS, S.L. d/b/a
14 | SERVIPORNO, a Spanish company; and
   | BORJAN MERA URRESTARAZU,
15 | an individual,
16 |                 Defendants.

17

18       Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties hereto voluntarily dismiss this
19 action.
20

21 Dated this 23rd day of April 2018.        Respectfully Submitted,

22                                            **RANDAZZA LEGAL GROUP, PLLC**

23                                            /s/ Ronald D. Green
                                             _____
24                                            Marc J. Randazza (NV Bar No. 12265)
                                             Ronald D. Green (NV Bar No. 7360)
25                                            2764 Lake Sahara Drive, Suite 109
                                             Las Vegas, NV 89117
26
                                             *Attorneys for Plaintiff*
27                                            *AMA MULTIMEDIA, LLC*

Dated this 23rd day of April 2018.

Respectfully Submitted,

**BOSTON LAW GROUP, PC**

/s/ Valentin Gurvits, Esq.
Valentin Gurvits, Esq. (*pro hac vice*)
Matthew Shayefar, Esq. (*pro hac vice*)
825 Beacon Street, Suite 20
Newton, Massachusetts 02459

**HOLLEY DRIGGS WALCH FINE WRAY
  PUZEY & THOMPSON**

JAMES D. BOYLE, ESQ. (NV Bar No. 08384)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

**CIAMPA FRAY-WITZER, LLP**

Evan Fray-Witzer, Esq. (*pro hac vice*)
20 Park Plaza, Suite 505
Boston, Massachusetts 02116

*Attorneys for Defendants*
*BORJAN SOLUTIONS, S.L. d/b/a SERVIPORNO,*
*and BORJAN MERA URRESTARAZU*

**IT IS SO ORDERED**

Dated:    April 24, 2018

_____
UNITED STATES DISTRICT JUDGE

Case 2:15-cv-01673-JCM-GWF  Document 32  Filed 04/24/18  Page 3 of 3

Case No. 2:15-cv-01673-JCM-GWF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 23, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I further certify that a true and correct copy of the foregoing document being served via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully Submitted,

Employee,
Randazza Legal Group, PLLC